NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
GABE PODESTA (Cal. Bar No. 324011)
Assistant United States Attorney
Terrorism and Export Crimes Section
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2429/4138
    Facsimile: (213) 894-0141
    E-mail:    gabriel.podesta@usdoj.gov
              maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 19-00161(A)-AB |
|---|---|
| Plaintiff, | PROPOSED FACTUAL BASIS IN SUPPORT OF GUILTY PLEAS OF DEFENDANT EDWIN OLIVA |
| v. | |
| EDWIN OLIVA, | Hearing Date: January 6, 2021 |
| Defendant. | Hearing Time: 1:00 p.m.<br>Location:    Courtroom of the Hon. André Birotte |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Gabe Podesta and Maria Jhai, hereby files its Proposed Factual Basis in Support of Guilty Pleas of Defendant Edwin Oliva ("Factual Basis").

    Counsel for defendant, Meghan Blanco, represents that on January 6, 2021, defendant intends to plead guilty to counts one through three of the first superseding indictment, charging defendant with: 1) distribution of fentanyl resulting in death, in violation of

21 U.S.C. § 841(a)(1), (b)(1)(C); 2) possession with intent to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A); and 3) possession with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).  In support of defendant's pleas, the government proffers the following facts, which counsel for the parties agree prove that defendant is, in fact, guilty of the three crimes charged in counts one through three of the first superseding indictment.  This Factual Basis is not meant to be a complete recitation of all facts relevant to the underlying criminal conduct or all facts known to the government that relate to that conduct.

> On February 28, 2019, while in Los Angeles County, within the Central District of California, defendant knowingly possessed fentanyl, a schedule II narcotic drug controlled substance, with the intent to distribute the fentanyl to another person.  On that same day, while in Los Angeles County, within the Central District of California, defendant knowingly distributed fentanyl to B.M., knowing that the substance that defendant distributed to her was fentanyl or some other federally controlled substance.  B.M. ingested the fentanyl defendant distributed to her, which resulted in her death.  But for B.M.'s ingestion of the fentanyl defendant distributed to her, B.M. would not have died.

> On that same day, while in Los Angeles County, within the Central District of California, defendant knowingly possessed 1.895 kilograms of heroin, a schedule I narcotic drug controlled substance, with the intent to distribute the heroin to another person.

//

//

Dated: December 31, 2020            Respectfully submitted,

                                    NICOLA T. HANNA
                                    United States Attorney

                                    BRANDON D. FOX
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                          /s/
                                    ─────────────────────────────────
                                    GABE PODESTA
                                    MARIA JHAI
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA