# EXHIBIT 1

| # | Folder | From/To | Timestamp | Delivered | | Status | Message |
|---|---|---|---|---|---|---|---|
| 27 | Inbox | From: 9794<br>To: 9695<br>Direction: Incoming | 2/28/2019 12:26:14 AM(UTC-8) | Delivered: 2/28/2019 12:26:14 AM(UTC-8) | | Read | How u feel?<br>Source Extraction: File System, Physical, Advanced Logical |
| 28 | Sent | To: 9794<br>Direction: Outgoing | 2/28/2019 12:25:37 AM(UTC-8) | | | Sent | Yes I thought it was coke bit it's not<br>Source Extraction: File System, Physical, Advanced Logical |
| 29 | Inbox | From: 9794<br>To: 9695<br>Direction: Incoming | 2/28/2019 12:25:34 AM(UTC-8) | Delivered: 2/28/2019 12:25:34 AM(UTC-8) | | Read | Wait do U want me to pick u up over there me and my sis?<br>Source Extraction: File System, Physical, Advanced Logical |
| 30 | Outbox | To: 9794<br>From: 9695<br>Direction: Outgoing | 2/28/2019 12:25:32 AM(UTC-8) | | | Unsent | Yes I thought it was coke bit it's not<br>Source Extraction: File System, Physical |
| 31 | Sent | From: 9695<br>To: 9794<br>Direction: Outgoing | 2/28/2019 12:25:31 AM(UTC-8) | | | Unknown | Yes I thought it was coke bit it's not<br>Source Extraction: File System, Physical |
| 32 | Sent | To: 9794<br>Direction: Outgoing | 2/28/2019 12:24:27 AM(UTC-8) | | | Sent | I thinks he just drugged me with something bad and he's gona rape me<br>Source Extraction: File System, Physical, Advanced Logical |
| 33 | Inbox | From: 9794<br>To: 9695<br>Direction: Incoming | 2/28/2019 12:24:24 AM(UTC-8) | Delivered: 2/28/2019 12:24:24 AM(UTC-8) | | Read | Did u take it??<br>Source Extraction: File System, Physical, Advanced Logical |
| 34 | Outbox | To: 9794<br>From: 9695<br>Direction: Outgoing | 2/28/2019 12:24:23 AM(UTC-8) | | | Unsent | I thinks he just drugged me with something bad and he's gona rape me<br>Source Extraction: File System, Physical |
| 35 | Sent | From: 9695<br>To: 9794<br>Direction: Outgoing | 2/28/2019 12:24:22 AM(UTC-8) | | | Unknown | I thinks he just drugged me with something bad and he's gona rape me te<br>Source Extraction: File System, Physical |
| 36 | Outbox | To: 9794<br>From: 9695<br>Direction: Outgoing | 2/28/2019 12:23:58 AM(UTC-8) | | | Unsent | He just gave me a line and I don't think it's coke<br>Source Extraction: File System, Physical, Advanced Logical |
| 37 | Sent | From: 9695<br>To: 9794<br>Direction: Outgoing | 2/28/2019 12:23:57 AM(UTC-8) | | | Unknown | He just gave me a line and I don't think it's coke<br>Source Extraction: File System, Physical |
| 38 | Outbox | To: 9794<br>From: 9695<br>Direction: Outgoing | 2/28/2019 12:23:31 AM(UTC-8) | | | Unsent | I don't wana stay I wana see you but he's not gona let me leave<br>Source Extraction: File System, Physical, Advanced Logical |

USAO_OLIVA_002605

| # | Folder | From/To | Timestamp | Status | | Read Status | Message |
|---|---|---|---|---|---|---|---|
| | | To ...9695 | 12:23:30 AM(UTC-8) | | | | but he's not gona let me leave<br>Source Extraction: File System, |
| 40 | Inbox | From ...9794<br>To ...9695<br>Direction: Incoming | 2/28/2019 12:21:31 AM(UTC-8) | Delivered: 2/28/2019 12:21:31 AM(UTC-8) | | Read | Are u guys staying there??<br>Source Extraction: File System, Physical, Advanced Logical |
| 41 | Inbox | From ...9794<br>To ...9695<br>Direction: Incoming | 2/28/2019 12:21:18 AM(UTC-8) | Delivered: 2/28/2019 12:21:18 AM(UTC-8) | | Read | I saw ur loc. I know exactly where u at<br>Source Extraction: File System, Physical, Advanced Logical |
| 42 | Outbox | To ...9794<br>From ...9695<br>Direction: Outgoing | 2/28/2019 12:17:35 AM(UTC-8) | | | Unsent | My location<br>Source Extraction: File System, Physical, Advanced Logical |
| 43 | Outbox | To ...9794<br>From ...9695<br>Direction: Outgoing | 2/28/2019 12:17:25 AM(UTC-8) | | | Unsent | See me on Google Maps! https://maps.app.goo.gl/DCRxfgSUsp2Fd2Ci1<br>Source Extraction: File System, Physical, Advanced Logical |
| 44 | Outbox | To ...9794<br>From ...9695<br>Direction: Outgoing | 2/28/2019 12:16:48 AM(UTC-8) | | | Unsent | His place<br>Source Extraction: File System, Physical, Advanced Logical |
| 45 | Inbox | From ...9794<br>To ...9695<br>Direction: Incoming | 2/28/2019 12:16:25 AM(UTC-8) | Delivered: 2/28/2019 12:16:25 AM(UTC-8) | | Read | Where u guys at now??<br>Source Extraction: File System, Physical, Advanced Logical |
| 46 | Inbox | From ...9794<br>To ...9695<br>Direction: Incoming | 2/28/2019 12:16:17 AM(UTC-8) | Delivered: 2/28/2019 12:16:17 AM(UTC-8) | | Read | So he was lying at u at the whole time??<br>Source Extraction: File System, Physical, Advanced Logical |
| 47 | Outbox | To ...9794<br>From ...9695<br>Direction: Outgoing | 2/28/2019 12:15:09 AM(UTC-8) | | | Unsent | He said he gave it to his friend earlier<br>Source Extraction: File System, Physical, Advanced Logical |
| 48 | Inbox | From ...9794<br>To ...9695<br>Direction: Incoming | 2/28/2019 12:14:06 AM(UTC-8) | Delivered: 2/28/2019 12:14:06 AM(UTC-8) | | Read | He said he have it<br>Source Extraction: File System, Physical, Advanced Logical |
| 49 | Inbox | From ...9794<br>To ...9695<br>Direction: Incoming | 2/28/2019 12:13:55 AM(UTC-8) | Delivered: 2/28/2019 12:13:55 AM(UTC-8) | | Read | He said he as it<br>Source Extraction: File System, Physical, Advanced Logical |
| 50 | Inbox | From ...9794<br>To ...9695<br>Direction: Incoming | 2/28/2019 12:13:42 AM(UTC-8) | Delivered: 2/28/2019 12:13:42 AM(UTC-8) | | Read | Are u serious??<br>Source Extraction: File System, Physical, Advanced Logical |
| 51 | Outbox | To ...9794<br>From ...9695<br>Direction: Outgoing | 2/28/2019 12:13:16 AM(UTC-8) | | | Unsent | He doesn't even have any coke for me<br>Source Extraction: File System, Physical, Advanced Logical |

| # | Folder | Party | Timestamp | Status | | Read | Message |
|---|---|---|---|---|---|---|---|
| | | From ▇▇ 9794 To ▇▇ | 12:12:35 AM(UTC-8) | | | | Source Extraction: File System, Physical, Advanced Logical |
| | | 9695 Direction: Outgoing | | | | | |
| 53 | Inbox | From + ▇▇ 9794 T ▇▇ To + ▇▇ 9695 Direction: Incoming | 2/28/2019 12:09:16 AM(UTC-8) | Delivered: 2/28/2019 12:09:16 AM(UTC-8) | | Read | Bring him in Hollywood haha Source Extraction: File System, Physical, Advanced Logical |
| 54 | Inbox | From ▇▇ 9794 T ▇▇ To ▇▇ 9695 Direction: Incoming | 2/28/2019 12:08:35 AM(UTC-8) | Delivered: 2/28/2019 12:08:35 AM(UTC-8) | | Read | U ok? Source Extraction: File System, Physical, Advanced Logical |
| 55 | Outbox | To ▇▇ 9794 T ▇▇ From ▇▇ 9695 Direction: Outgoing | 2/28/2019 12:05:25 AM(UTC-8) | | | Unsent | Call me Source Extraction: File System, Physical, Advanced Logical |
| 56 | Inbox | ▇▇ 9794 T ▇▇ To ▇▇ 9695 Direction: Incoming | 2/28/2019 12:05:06 AM(UTC-8) | Delivered: 2/28/2019 12:05:06 AM(UTC-8) | | Read | Really he say that tell him u need to go and just give the coke and u gonna leave Source Extraction: File System, Physical, Advanced Logical |
| 57 | Outbox | To ▇▇ 9794 T ▇▇ From ▇▇ 9695 Direction: Outgoing | 2/28/2019 12:04:25 AM(UTC-8) | | | Unsent | No still in the store Source Extraction: File System, Physical, Advanced Logical |
| 58 | Outbox | To ▇▇ 9794 T ▇▇ From ▇▇ 9695 Direction: Outgoing | 2/28/2019 12:04:17 AM(UTC-8) | | | Unsent | That you were meet us at his house Source Extraction: File System, Physical, Advanced Logical |
| 59 | Inbox | From ▇▇ 9794 T ▇▇ To ▇▇ 9695 Direction: Incoming | 2/28/2019 12:04:04 AM(UTC-8) | Delivered: 2/28/2019 12:04:04 AM(UTC-8) | | Read | Wya?? U at the car? Source Extraction: File System, Physical, Advanced Logical |
| 60 | Inbox | From ▇▇ 9794 T ▇▇ To ▇▇ 9695 Direction: Incoming | 2/28/2019 12:03:53 AM(UTC-8) | Delivered: 2/28/2019 12:03:53 AM(UTC-8) | | Read | What did u told u? Source Extraction: File System, Physical, Advanced Logical |
| 61 | Outbox | To ▇▇ 9794 Tess From ▇▇ 9695 Direction: Outgoing | 2/28/2019 12:03:45 AM(UTC-8) | | | Unsent | He keeps lying to me Source Extraction: File System, Physical, Advanced Logical |
| 62 | Sent | To ▇▇ 9794 T ▇▇ Direction: Outgoing | 2/28/2019 12:03:22 AM(UTC-8) | | | Sent | He's lying Source Extraction: File System, Physical, Advanced Logical |
| 63 | Inbox | From ▇▇ 9794 T ▇▇ To + ▇▇ 9695 Direction: Incoming | 2/28/2019 12:03:20 AM(UTC-8) | Delivered: 2/28/2019 12:03:20 AM(UTC-8) | | Read | I told him to meet u or drop off u in Hollywood in hookah lounge so I can meet u guys over there . I already told him to drop u off I'm goin home soon Source Extraction: File System, Physical, Advanced Logical |
| 64 | Outbox | To ▇▇ 9794 T ▇▇ From ▇▇ 9695 Direction: Outgoing | 2/28/2019 12:03:18 AM(UTC-8) | | | Unsent | He's lying Source Extraction: File System, Physical |

| # | Folder | Party | Timestamp | Delivered | | Status | Message |
|---|---|---|---|---|---|---|---|
| 66 | Inbox | From +9794 To +9695 Direction: Incoming | 2/28/2019 12:02:04 AM(UTC-8) | Delivered: 2/28/2019 12:02:04 AM(UTC-8) | | Read | Tell him we were talking about Hollywood not his house  Source Extraction: File System, Physical, Advanced Logical |
| 67 | Inbox | From +9794 To +9695 Direction: Incoming | 2/28/2019 12:01:34 AM(UTC-8) | Delivered: 2/28/2019 12:01:34 AM(UTC-8) | | Read | He said u guys gonna go to his house  Source Extraction: File System, Physical, Advanced Logical |
| 68 | Outbox | To +9794 From +9695 Direction: Outgoing | 2/28/2019 12:00:08 AM(UTC-8) | | | Unsent | Ok  Source Extraction: File System, Physical, Advanced Logical |
| 69 | Inbox | From +9794 To +9695 Direction: Incoming | 2/27/2019 11:58:23 PM(UTC-8) | Delivered: 2/27/2019 11:58:23 PM(UTC-8) | | Read | Wait I'm gonna tell him to just drop u off . At my house bcuz u don't feel safe  Source Extraction: File System, Physical, Advanced Logical |
| 70 | Outbox | To +9794 From +9695 Direction: Outgoing | 2/27/2019 11:57:00 PM(UTC-8) | | | Unsent | I'm in a bathroom at vons right now but idk what city we are and I don't wana be alone with him anymore  Source Extraction: File System, Physical, Advanced Logical |
| 71 | Inbox | From +9794 To +9695 Direction: Incoming | 2/27/2019 11:56:48 PM(UTC-8) | Delivered: 2/27/2019 11:56:48 PM(UTC-8) | | Read | Hey  Source Extraction: File System, Physical, Advanced Logical |
| 72 | Inbox | From +9794 To +9695 Direction: Incoming | 2/27/2019 11:54:57 PM(UTC-8) | Delivered: 2/27/2019 11:54:57 PM(UTC-8) | | Read | Bri u ok?  Source Extraction: File System, Physical, Advanced Logical |
| 73 | Inbox | From +9794 Tess To +9695 Direction: Incoming | 2/27/2019 11:53:21 PM(UTC-8) | Delivered: 2/27/2019 11:53:21 PM(UTC-8) | | Read | He don't pick up again I called him a lot  Source Extraction: File System, Physical, Advanced Logical |
| 74 | Inbox | From +9794 To +9695 Direction: Incoming | 2/27/2019 11:53:10 PM(UTC-8) | Delivered: 2/27/2019 11:53:10 PM(UTC-8) | | Read | Just tell him if he can drop u off at my house and give the coke  Source Extraction: File System, Physical, Advanced Logical |
| 75 | Inbox | From +9794 Tess To +9695 Direction: Incoming | 2/27/2019 11:52:46 PM(UTC-8) | Delivered: 2/27/2019 11:52:46 PM(UTC-8) | | Read | His stupid I thought u guys goin to Hollywood and I will meet u over there  Source Extraction: File System, Physical, Advanced Logical |
| 76 | Inbox | From +9794 To +9695 Direction: Incoming | 2/27/2019 11:52:29 PM(UTC-8) | Delivered: 2/27/2019 11:52:29 PM(UTC-8) | | Read | Tell him to answer the phone  Source Extraction: File System, Physical, Advanced Logical |
| 77 | Outbox | To +9794 From +9695 Direction: Outgoing | 2/27/2019 11:51:52 PM(UTC-8) | | | Unsent | Call him again please I don't feel safe  Source Extraction: File System, Physical, Advanced Logical |

| # | Folder | Party | Timestamp | Delivered | | Status | Body |
|---|---|---|---|---|---|---|---|
| 79 | Inbox | From +...9794 To +...9695 Direction: Incoming | 2/27/2019 11:51:04 PM(UTC-8) | Delivered: 2/27/2019 11:51:04 PM(UTC-8) | | Read | I'm calling him rn  Source Extraction: File System, Physical, Advanced Logical |
| 80 | Outbox | To +...9794 From +...9695 Direction: Outgoing | 2/27/2019 11:49:53 PM(UTC-8) | | | Unsent | Idk where we are please call him  Source Extraction: File System, Physical, Advanced Logical |
| 81 | Outbox | To +...9794 From +...9695 Direction: Outgoing | 2/27/2019 11:49:37 PM(UTC-8) | | | Unsent | You  Source Extraction: File System, Physical, Advanced Logical |
| 82 | Outbox | To +...9794 From +...9695 Direction: Outgoing | 2/27/2019 11:49:32 PM(UTC-8) | | | Unsent | That's what I thought. No I thought we were meeting  Source Extraction: File System, Physical, Advanced Logical |
| 83 | Inbox | From +...9794 To +...9695 Direction: Incoming | 2/27/2019 11:49:24 PM(UTC-8) | Delivered: 2/27/2019 11:49:24 PM(UTC-8) | | Read | He told me his gonna give u the coke tho that's it  Source Extraction: File System, Physical, Advanced Logical |
| 84 | Inbox | From +...9794 To +...9695 Direction: Incoming | 2/27/2019 11:49:06 PM(UTC-8) | Delivered: 2/27/2019 11:49:06 PM(UTC-8) | | Read | Did u ask him if where u guys gonna go??  Source Extraction: File System, Physical, Advanced Logical |
| 85 | Inbox | From +...9794 To +...9695 Direction: Incoming | 2/27/2019 11:48:54 PM(UTC-8) | Delivered: 2/27/2019 11:48:54 PM(UTC-8) | | Read | I thought u guys goin to Hollywood?  Source Extraction: File System, Physical, Advanced Logical |
| 86 | Outbox | To +...9794 From +...9695 Direction: Outgoing | 2/27/2019 11:48:31 PM(UTC-8) | | | Unsent | T[■] I'm way past L.A. what's going on?  Source Extraction: File System, Physical, Advanced Logical |
| 87 | Sent | To +...9794 Direction: Outgoing | 2/27/2019 11:45:39 PM(UTC-8) | | | Sent | Tell him to go to boba bear  Source Extraction: File System, Physical, Advanced Logical |
| 88 | Outbox | To +...9794 From +...9695 Direction: Outgoing | 2/27/2019 11:45:35 PM(UTC-8) | | | Unsent | Tell him to go to boba bear  Source Extraction: File System, Physical |
| 89 | Outbox | To +...9794 From +...9695 Direction: Outgoing | 2/27/2019 11:45:17 PM(UTC-8) | | | Unsent | Idk where we are going I thought he was taking me to boba bear  Source Extraction: File System, Physical, Advanced Logical |
| 90 | Inbox | From +...9794 To +...9695 Direction: Incoming | 2/27/2019 11:44:42 PM(UTC-8) | Delivered: 2/27/2019 11:44:42 PM(UTC-8) | | Read | We're u guys at??  Source Extraction: File System, Physical, Advanced Logical |

| # | Folder | Parties | Date/Time | Delivered | | Status | Message |
|---|---|---|---|---|---|---|---|
| | | To +▮9794 From +▮9695 Direction: Outgoing | 11:33:42 PM(UTC-8) | | | | Source Extraction: File System, Physical, Advanced Logical |
| 92 | Outbox | To +▮7155 From +▮9695 Direction: Outgoing | 2/27/2019 11:08:36 PM(UTC-8) | | | Unsent | Silver what there's l ke 4 silver cars lol Source Extraction: File System, Physical, Advanced Logical |
| 93 | Inbox | From +▮7155 To +▮9695 Direction: Incoming | 2/27/2019 11:08:10 PM(UTC-8) | Delivered: 2/27/2019 11:08:10 PM(UTC-8) | | Read | I'm in the silver Source Extraction: File System, Physical, Advanced Logical |
| 94 | Inbox | From +▮7155 To +▮9695 Direction: Incoming | 2/27/2019 11:07:59 PM(UTC-8) | Delivered: 2/27/2019 11:07:59 PM(UTC-8) | | Read | Okay Source Extraction: File System, Physical, Advanced Logical |
| 95 | Outbox | To +▮7155 From +▮9695 Direction: Outgoing | 2/27/2019 11:07:46 PM(UTC-8) | | | Unsent | By the junction Source Extraction: File System, Physical, Advanced Logical |
| 96 | Outbox | To +▮7155 From +1▮9695 Direction: Outgoing | 2/27/2019 11:07:36 PM(UTC-8) | | | Unsent | On the corner Source Extraction: File System, Physical, Advanced Logical |
| 97 | Inbox | From +▮7155 To +▮9695 Direction: Incoming | 2/27/2019 11:07:20 PM(UTC-8) | Delivered: 2/27/2019 11:07:20 PM(UTC-8) | | Read | Wya Source Extraction: File System, Physical, Advanced Logical |
| 98 | Sent | To +▮7155 Direction: Outgoing | 2/27/2019 11:07:13 PM(UTC-8) | | | Sent | What car are you in? Source Extraction: File System, Physical, Advanced Logical |
| 99 | Sent | To +▮7155 From +▮9695 Direction: Outgoing | 2/27/2019 11:07:08 PM(UTC-8) | | | Sent | What car are you in? Source Extraction: File System, Physical |
| 100 | Inbox | From +▮9794 To +▮9695 Direction: Incoming | 2/27/2019 11:05:50 PM(UTC-8) | Delivered: 2/27/2019 11:05:50 PM(UTC-8) | | Read | Ok Source Extraction: File System, Physical, Advanced Logical |
| 101 | Outbox | To +▮9794 From +▮9695 Direction: Outgoing | 2/27/2019 11:04:38 PM(UTC-8) | | | Unsent | Yes Source Extraction: File System, Physical, Advanced Logical |
| 102 | Inbox | From +▮7155 To +▮9695 Direction: Incoming | 2/27/2019 11:02:44 PM(UTC-8) | Delivered: 2/27/2019 11:02:44 PM(UTC-8) | | Read | I'm parked on the corner Source Extraction: File System, Physical, Advanced Logical |
| 103 | Outbox | To +▮7155 From +▮9695 Direction: Outgoing | 2/27/2019 11:02:07 PM(UTC-8) | | | Unsent | Ok just gotta use the bathroom 1st Source Extraction: File System, Physical, Advanced Logical |
| 104 | Inbox | From +▮9794 To +▮9695 Direction: Incoming | 2/27/2019 11:01:54 PM(UTC-8) | Delivered: 2/27/2019 11:01:54 PM(UTC-8) | | Read | My friend gonna pick u up?? Source Extraction: File System, Physical, Advanced Logical |
| 105 | Inbox | From +▮7155 To +▮9695 Direction: Incoming | 2/27/2019 10:59:46 PM(UTC-8) | Delivered: 2/27/2019 10:59:46 PM(UTC-8) | | Read | I'm pulling up Source Extraction: File System, Physical, Advanced Logical |

USAO_OLIVA_002610

| # | Folder | Parties | Timestamp | Delivered | | Status | Message |
|---|---|---|---|---|---|---|---|
| 107 | Inbox | From +...9794 To +...9695 Direction: Incoming | 2/27/2019 10:45:33 PM(UTC-8) | Delivered: 2/27/2019 10:45:33 PM(UTC-8) | | Read | Why?? Source Extraction: File System, Physical, Advanced Logical |
| 108 | Outbox | To +...7155 From +...9695 Direction: Outgoing | 2/27/2019 10:30:13 PM(UTC-8) | | | Unsent | Oki doki Source Extraction: File System, Physical, Advanced Logical |
| 109 | Inbox | From +1...7155 To +...9695 Direction: Incoming | 2/27/2019 10:26:10 PM(UTC-8) | Delivered: 2/27/2019 10:26:10 PM(UTC-8) | | Read | Okay I'm omw Source Extraction: File System, Physical, Advanced Logical |
| 110 | Outbox | To +...7155 From +...9695 Direction: Outgoing | 2/27/2019 10:24:34 PM(UTC-8) | | | Unsent | 24328 Main St, Newhall, CA 91321 Source Extraction: File System, Physical, Advanced Logical |
| 111 | Inbox | From +...7155 To +...9695 Direction: Incoming | 2/27/2019 10:18:22 PM(UTC-8) | Delivered: 2/27/2019 10:18:22 PM(UTC-8) | | Read | You want to pick you up send me your address Source Extraction: File System, Physical, Advanced Logical |
| 112 | Inbox | From +...7155 To +...9695 Direction: Incoming | 2/27/2019 10:17:48 PM(UTC-8) | Delivered: 2/27/2019 10:17:48 PM(UTC-8) | | Read | I just want to have a good time with good company. What ever else happens is up to you Source Extraction: File System, Physical, Advanced Logical |
| 113 | Outbox | To +...7155 From +...9695 Direction: Outgoing | 2/27/2019 10:12:09 PM(UTC-8) | | | Unsent | I'm off tomorrow so I have no curfew. What is expected of me if you do this for me? Source Extraction: File System, Physical, Advanced Logical |
| 114 | Inbox | From +...7155 To +...9695 Direction: Incoming | 2/27/2019 10:11:32 PM(UTC-8) | Delivered: 2/27/2019 10:11:32 PM(UTC-8) | | Read | Send me your address Source Extraction: File System, Physical, Advanced Logical |
| 115 | Inbox | From +...7155 To +...9695 Direction: Incoming | 2/27/2019 10:08:43 PM(UTC-8) | Delivered: 2/27/2019 10:08:43 PM(UTC-8) | | Read | If I pick you up what time are you going to want to head back home Source Extraction: File System, Physical, Advanced Logical |
| 116 | Outbox | To +...7155 From +...9695 Direction: Outgoing | 2/27/2019 10:07:19 PM(UTC-8) | | | Unsent | No I don't get paid til Friday Source Extraction: File System, Physical, Advanced Logical |
| 117 | Inbox | From +...7155 To +...9695 Direction: Incoming | 2/27/2019 10:06:48 PM(UTC-8) | Delivered: 2/27/2019 10:06:48 PM(UTC-8) | | Read | You able to pitch in for gas money Source Extraction: File System, Physical, Advanced Logical |
| 118 | Outbox | To +...7155 From +...9695 Direction: Outgoing | 2/27/2019 10:05:54 PM(UTC-8) | | | Unsent | I'd need a ride there then a ride back to Lancaster I'm in Santa Clarita right now Source Extraction: File System, Physical, Advanced Logical |
| 119 | Inbox | From +...7155 To +...9695 Direction: Incoming | 2/27/2019 10:04:57 PM(UTC-8) | Delivered: 2/27/2019 10:04:57 PM(UTC-8) | | Read | Why not ? You need a ride? Source Extraction: File System, Physical, Advanced Logical |
| 120 | Outbox | To +...9794 From +...9695 Direction: Outgoing | 2/27/2019 10:03:59 PM(UTC-8) | | | Unsent | Couldn't make it tonight Source Extraction: File System, Physical, Advanced Logical |

USAO_OLIVA_002611

| # | Folder | From/To | Date | Delivered | | Status | Message |
|---|---|---|---|---|---|---|---|
| | | From +_____7155 To +_____ Direction: Outgoing | 10:03:46 PM(UTC-8) | | | | Source Extraction: File System, Physical, Advanced Logical |
| 127 | Inbox | From +_____9794 To +_____9695 Direction: Incoming | 2/27/2019 8:58:54 PM(UTC-8) | Delivered: 2/27/2019 8:58:54 PM(UTC-8) | | Read | Hey Bri he said if he can meet u in Hollywood Source Extraction: File System, Physical, Advanced Logical |
| 130 | Inbox | From +_____9794 To +_____9695 Direction: Incoming | 2/27/2019 8:49:53 PM(UTC-8) | Delivered: 2/27/2019 8:49:53 PM(UTC-8) | | Read | Bri I think he gonna pick u up Source Extraction: File System, Physical, Advanced Logical |
| 131 | Inbox | From +_____9794 To +_____9695 Direction: Incoming | 2/27/2019 8:42:43 PM(UTC-8) | Delivered: 2/27/2019 8:42:43 PM(UTC-8) | | Read | He can pick u up and drop off did he txt u?? Source Extraction: File System, Physical, Advanced Logical |

| # | Folder | To/From | Date | Delivered | | Status | Message |
|---|---|---|---|---|---|---|---|
| 142 | Outbox | To ...9794 From ...9695 Direction: Outgoing | 2/27/2019 7:12:40 PM(UTC-8) | | | Unsent | I still don't have a ride there Source Extraction: File System, Physical, Advanced Logical |
| 143 | Outbox | To ...7155 From ...9695 Direction: Outgoing | 2/27/2019 6:47:41 PM(UTC-8) | | | Unsent | What are the prices Source Extraction: File System, Physical, Advanced Logical |
| 144 | Inbox | From ...9794 To ...9695 Direction: Incoming | 2/27/2019 6:19:00 PM(UTC-8) | Delivered: 2/27/2019 6:19:00 PM(UTC-8) | | Read | Tho .. Source Extraction: File System, Physical, Advanced Logical |
| 145 | Inbox | From ...9794 To ...9695 Direction: Incoming | 2/27/2019 6:18:53 PM(UTC-8) | Delivered: 2/27/2019 6:18:53 PM(UTC-8) | | Read | I mean after work I can go the Source Extraction: File System, Physical, Advanced Logical |
| 146 | Inbox | From ...7155 To ...9695 Direction: Incoming | 2/27/2019 6:18:01 PM(UTC-8) | Delivered: 2/27/2019 6:18:01 PM(UTC-8) | | Read | Okay. HMU once you get off if you're still trying to pick up. Source Extraction: File System, Physical, Advanced Logical |
| 147 | Outbox | To ...9794 From ...9695 Direction: Outgoing | 2/27/2019 6:16:49 PM(UTC-8) | | | Unsent | Then I won't go out there I don't have the money to go and come back Source Extraction: File System, Physical, Advanced Logical |
| 148 | Outbox | To ...7155 From ...9695 Direction: Outgoing | 2/27/2019 6:16:20 PM(UTC-8) | | | Unsent | I can't I'm at work Source Extraction: File System, Physical, Advanced Logical |

USAO_OLIVA_002613

| # | Folder | From/To | Date/Time | Delivered | | Status | Message |
|---|---|---|---|---|---|---|---|
| | | | 6:12:14 PM(UTC-8) | 2/27/2019 6:12:14 PM(UTC-8) | | | Source Extraction: File System, Physical, Advanced Logical |
| 150 | Inbox | From +15625367155 To +16614949695 Direction: Incoming | 2/27/2019 6:05:27 PM(UTC-8) | Delivered: 2/27/2019 6:05:27 PM(UTC-8) | | Read | You need to pick up Source Extraction: File System, Physical, Advanced Logical |
| 151 | Inbox | From +15625367155 To +16614949695 Direction: Incoming | 2/27/2019 6:04:17 PM(UTC-8) | Delivered: 2/27/2019 6:04:17 PM(UTC-8) | | Read | Hey wassup Source Extraction: File System, Physical, Advanced Logical |
| 152 | Inbox | From ▓59794 To ▓9695 Direction: Incoming | 2/27/2019 6:03:48 PM(UTC-8) | Delivered: 2/27/2019 6:03:48 PM(UTC-8) | | Read | No I have to work tho haha! Source Extraction: File System, Physical, Advanced Logical |
| 153 | Outbox | To ▓9794 From ▓9695 Direction: Outgoing | 2/27/2019 6:03:23 PM(UTC-8) | | | Unsent | Maybe, are you coming here? Source Extraction: File System, Physical, Advanced Logical |
| 154 | Inbox | From ▓9794 To ▓9695 Direction: Incoming | 2/27/2019 6:02:58 PM(UTC-8) | Delivered: 2/27/2019 6:02:58 PM(UTC-8) | | Read | Yeah haha .. I got confused wait his texting u rn.. u goin to Hollywood? Source Extraction: File System, Physical, Advanced Logical |
| 155 | Outbox | To ▓9794 From ▓9695 Direction: Outgoing | 2/27/2019 6:02:23 PM(UTC-8) | | | Unsent | That's my number lol Source Extraction: File System, Physical, Advanced Logical |
| 156 | Inbox | From ▓9794 To ▓9695 Direction: Incoming | 2/27/2019 6:01:35 PM(UTC-8) | Delivered: 2/27/2019 6:01:35 PM(UTC-8) | | Read | Wait Source Extraction: File System, Physical, Advanced Logical |
| 157 | Outbox | To ▓9794 From ▓9695 Direction: Outgoing | 2/27/2019 6:00:27 PM(UTC-8) | | | Unsent | Have him text me Source Extraction: File System, Physical, Advanced Logical |
| 158 | Inbox | From ▓9794 To ▓9695 Direction: Incoming | 2/27/2019 5:59:07 PM(UTC-8) | Delivered: 2/27/2019 5:59:07 PM(UTC-8) | | Read | Just text him Source Extraction: File System, Physical, Advanced Logical |
| 159 | Inbox | From ▓9794 To ▓9695 Direction: Incoming | 2/27/2019 5:58:11 PM(UTC-8) | Delivered: 2/27/2019 5:58:11 PM(UTC-8) | | Read | He just do the business do Source Extraction: File System, Physical, Advanced Logical |
| 160 | Sent | To ▓9794 Direction: Outgoing | 2/27/2019 5:58:08 PM(UTC-8) | | | Sent | Haha ok ok Source Extraction: File System, Physical, Advanced Logical |
| 161 | Outbox | To ▓9794 From ▓9695 Direction: Outgoing | 2/27/2019 5:58:04 PM(UTC-8) | | | Unsent | Haha ok ok Source Extraction: File System, Physical |
| 162 | Inbox | From ▓9794 To ▓9695 Direction: Incoming | 2/27/2019 5:58:02 PM(UTC-8) | Delivered: 2/27/2019 5:58:02 PM(UTC-8) | | Read | That's him Source Extraction: File System, Physical, Advanced Logical |

USAO_OLIVA_002614

| # | Folder | Parties | Time | Status | | Read | Body |
|---|---|---|---|---|---|---|---|
| | | From +  9794  To +  9695  Direction: Incoming | 5:57:03 PM(UTC-8) | 2/27/2019 5:57:03 PM(UTC-8) | | | Source Extraction: File System, Physical, Advanced Logical |
| 164 | Inbox | From +  9794  To +  9695  Direction: Incoming | 2/27/2019 5:56:57 PM(UTC-8) | Delivered: 2/27/2019 5:56:57 PM(UTC-8) | | Read | Haha! No just get the item and live  Source Extraction: File System, Physical, Advanced Logical |
| 165 | Outbox | To +  9794  From +  9695  Direction: Outgoing | 2/27/2019 5:56:20 PM(UTC-8) | | | Unsent | He's not gona try to fuck me right?  Source Extraction: File System, Physical, Advanced Logical |
| 166 | Inbox | From +  9794  To +  9695  Direction: Incoming | 2/27/2019 5:55:30 PM(UTC-8) | Delivered: 2/27/2019 5:55:30 PM(UTC-8) | | Read | U don't wanna meet him??  Source Extraction: File System, Physical, Advanced Logical |
| 167 | Inbox | From +  9794  To +  9695  Direction: Incoming | 2/27/2019 5:51:37 PM(UTC-8) | Delivered: 2/27/2019 5:51:37 PM(UTC-8) | | Read | Oh my friend ask me if he can meet u to give some the coke tho . Tonight  Source Extraction: File System, Physical, Advanced Logical |
| 168 | Sent | To +1  9794  From +1  9695  Direction: Outgoing | 2/27/2019 5:49:35 PM(UTC-8) | | | Sent | Just work then heading home  Source Extraction: File System, Physical, Advanced Logical |
| 169 | Inbox | From +  9794  To +  9695  Direction: Incoming | 2/27/2019 5:45:39 PM(UTC-8) | Delivered: 2/27/2019 5:45:39 PM(UTC-8) | | Read | Bri what u doin tonight??  Source Extraction: File System, Physical, Advanced Logical |