# EXHIBIT 2

b bing maps

**A**   24328 Main St, Santa Clarita, CA 91321

**B**   Hollywood, CA

28 min , 24.0 miles

Light traffic (Leave at 9:12 AM)

Via I-5 S, CA-170 S

Type your route notes here



Case 2:19-cr-00161-AB   Document 89-2   Filed 12/24/21   Page 3 of 5   Page ID #:410

**A**   **24328 Main St, Santa Clarita, CA 91321**



**B**   **Hollywood, CA**



These directions are subject to the Microsoft® Service Agreement and are for informational purposes only. No guarantee is made regarding their completeness or accuracy. Construction projects, traffic, or other events may cause actual conditions to differ from these results. Map and traffic data © 2021 TomTom.

bing maps

**A**    Hollywood, CA

**B**    832 Mines Ave, Montebello, CA 90640

25 min , 17.1 miles
Light traffic (Leave at 9:14 AM)
Via US-101 S, I-5 S

Type your route notes here



**A**   Hollywood, CA



**B**   832 Mines Ave, Montebello, CA 90640



These directions are subject to the Microsoft® Service Agreement and are for informational purposes only. No guarantee is made regarding their completeness or accuracy. Construction projects, traffic, or other events may cause actual conditions to differ from these results. Map and traffic data © 2021 TomTom.