# EXHIBIT 3

| # | Type | Direction | | | Date/Time | From/Participants | Content | |
|---|---|---|---|---|---|---|---|---|
| 7121 | Log Entries | | | | 1 58:30 AM(UTC+0) | | Wifi In:0 Wifi Out:0 Wan In:4482651 Wan Out:1022820 Source Extraction: Advanced Logical, Logical | |
| 7122 | Instant Messages | Outgoing | | | 2/28/2019 2:04:49 AM(UTC+0) | From: +        155 (owner) | Do we have any white shirts? Source Extraction: Advanced Logical, Logical | Yes |
| 7123 | Instant Messages | Incoming | | | 2/28/2019 2:05:36 AM(UTC+0) | From:         9131 Participants: +     67155 (owner), +      99131 | Not right now Source Extraction: Advanced Logical, Logical | Yes |
| 7124 | Instant Messages | Outgoing | | | 2/28/2019 2:06:09 AM(UTC+0) | From:         7155 (owner) | Okay Source Extraction: Advanced Logical, Logical | Yes |
| 7136 | Instant Messages | Incoming | | | 2/28/2019 4 50:58 AM(UTC+0) | From: +       9794 Participants: +      7155 (owner), +      9794 | She's in Santa Clarita. U goin to pick her up? Source Extraction: Advanced Logical, Logical | Yes |
| 7137 | Instant Messages | Outgoing | | | 2/28/2019 4 53:39 AM(UTC+0) | From: +      7155 (owner) | Tell her to meet in Hollywood Source Extraction: Advanced Logical, Logical | Yes |
| 7138 | Instant Messages | Incoming | | | 2/28/2019 4 58:36 AM(UTC+0) | From: +       9794 Participants: +      7155 (owner), +      9794 | Oh ok .. in hookah lounge? Source Extraction: Advanced Logical, Logical | Yes |
| 7139 | Instant Messages | Incoming | | | 2/28/2019 4 59:15 AM(UTC+0) | From:        9794 Participants:       7155 (owner), 9794 | Hey do u have her #? Right Source Extraction: Advanced Logical, Logical | Yes |
| 7140 | Instant Messages | Outgoing | | | 2/28/2019 4 59:28 AM(UTC+0) | From: +      7155 (owner) | Yeah she has mine too Source Extraction: Advanced Logical, Logical | Yes |
| 7141 | Instant Messages | Outgoing | | | 2/28/2019 5:00:17 AM(UTC+0) | From:       155 (owner) | Tell her to HMU once she's on her way there Source Extraction: Advanced Logical, Logical | Yes |
| 7142 | Instant Messages | Incoming | | | 2/28/2019 5:01:17 AM(UTC+0) | From: +      9794 Participants: +      155 (owner), +      794 | Lemme see! Bcos she told me she don't have ride but lemme me ask someone if he can drop off Bri in Hollywood so u guys can meet. And don't forget to bring to coke Source Extraction: Advanced Logical, Logical | Yes |
| 7143 | Log Entries | | | | 2/28/2019 5:10:27 AM(UTC+0) | | Wifi In:0 Wifi Out:0 Wan In:4825 Wan Out:6275 Source Extraction: Advanced Logical, Logical | |
| 7144 | SMS Messages | Incoming | | | 2/28/2019 6:03:53 AM(UTC+0) | | I'm not gona make it tonight Source Extraction: Logical, Advanced Logical | Yes |
| 7145 | SMS Messages | Outgoing | | | 2/28/2019 6:04:57 AM(UTC+0) | | Why not? You need a ride? Source Extraction: Logical, Advanced Logical | Yes |

| # | Type | Direction | | | Timestamp | | Content | |
|---|---|---|---|---|---|---|---|---|
| 7146 | SMS Messages | Incoming | | | 2/28/2019 6:06:00 AM(UTC+0) | | I'd have ride out there probably to Lancaster I'm in Santa Clarita right now **Source Extraction:** Logical, Advanced Logical | Yes |
| 7147 | SMS Messages | Outgoing | | | 2/28/2019 6:06:46 AM(UTC+0) | | You able to pitch in for gas money **Source Extraction:** Logical, Advanced Logical | Yes |
| 7148 | SMS Messages | Incoming | | | 2/28/2019 6:07:22 AM(UTC+0) | | No I don't get paid til Friday **Source Extraction:** Logical, Advanced Logical | Yes |
| 7149 | SMS Messages | Outgoing | | | 2/28/2019 6:08:43 AM(UTC+0) | | If I pick you up what time are you going to want to head back home **Source Extraction:** Logical, Advanced Logical | Yes |
| 7150 | SMS Messages | Outgoing | | | 2/28/2019 6:11:31 AM(UTC+0) | | Send me your address **Source Extraction:** Logical, Advanced Logical | Yes |
| 7151 | SMS Messages | Incoming | | | 2/28/2019 6:12:15 AM(UTC+0) | | I'm off tomorrow so I have no curfew. What is expected of me if you do this for me? **Source Extraction:** Logical, Advanced Logical | Yes |
| 7152 | SMS Messages | Outgoing | | | 2/28/2019 6:17:48 AM(UTC+0) | | I just want to have a good time with good company. What ever else happens is up to you **Source Extraction:** Logical, Advanced Logical | Yes |
| 7153 | SMS Messages | Outgoing | | | 2/28/2019 6:18:22 AM(UTC+0) | | You want to pick you up send me your address **Source Extraction:** Logical, Advanced Logical | Yes |
| 7160 | SMS Messages | Outgoing | | | 2/28/2019 7:07:19 AM(UTC+0) | | Wya **Source Extraction:** Logical, Advanced Logical | Yes |
| 7161 | SMS Messages | Incoming | | | 2/28/2019 7:07:23 AM(UTC+0) | | What car are you in? **Source Extraction:** Logical, Advanced Logical | Yes |
| 7162 | SMS Messages | Incoming | | | 2/28/2019 7:07:49 AM(UTC+0) | | On the corner **Source Extraction:** Logical, Advanced Logical | Yes |
| 7163 | SMS Messages | Incoming | | | 2/28/2019 7:07:51 AM(UTC+0) | | By the junction **Source Extraction:** Logical, Advanced Logical | Yes |
| 7164 | SMS Messages | Outgoing | | | 2/28/2019 7:07:58 AM(UTC+0) | | Okay **Source Extraction:** Logical, Advanced Logical | Yes |
| 7165 | SMS Messages | Outgoing | | | 2/28/2019 7:08:10 AM(UTC+0) | | I'm in the silver **Source Extraction:** Logical, Advanced Logical | Yes |
| 7166 | SMS Messages | Incoming | | | 2/28/2019 7:08:39 AM(UTC+0) | | Silver what there's like 4 silver cars lol **Source Extraction:** Logical, Advanced Logical | Yes |

| # | Type | Direction | | | Timestamp | From/Participants | Content | |
|---|---|---|---|---|---|---|---|---|
| 7172 | Instant Messages | Outgoing | | | 2/28/2019 7 56:13 AM(UTC+0) | From: ▮7155 (owner) | People<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7173 | Instant Messages | Incoming | | | 2/28/2019 7 56:20 AM(UTC+0) | From: +▮9794<br>P▮ts:<br>▮7155 (owner),<br>▮9794 | Idk . Maybe u don't tell her where u guys goin<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7174 | Instant Messages | Incoming | | | 2/28/2019 7 56:28 AM(UTC+0) | From: +▮9794<br>ts:<br>▮7155 (owner),<br>9794 | Talk to her<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7175 | Instant Messages | Incoming | | | 2/28/2019 7 56:38 AM(UTC+0) | From: +▮9794<br>ts:<br>▮7155 (owner),<br>9794 | She's really scared<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7176 | Instant Messages | Outgoing | | | 2/28/2019 7 57:25 AM(UTC+0) | From: +1▮7155 (owner) | Wth really?<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7177 | Instant Messages | Outgoing | | | 2/28/2019 7 58:23 AM(UTC+0) | From: ▮7155 (owner) | Tell her you're going to meet us at my house so she doesn't feel scared to go<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7178 | Instant Messages | Incoming | | | 2/28/2019 7 58:56 AM(UTC+0) | From: +1▮9794<br>P▮ts:<br>+▮7155 (owner),<br>9794 | Oh I'm not goin .<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7179 | Instant Messages | Incoming | | | 2/28/2019 7 59:10 AM(UTC+0) | From: +1▮9794<br>nts:<br>▮7155 (owner),<br>9794 | Did u give the coke?<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7180 | Instant Messages | Outgoing | | | 2/28/2019 7 59:30 AM(UTC+0) | From: ▮155 (owner) | I know you're not but just say you are so she doesn't feel scared to go<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7181 | Instant Messages | Outgoing | | | 2/28/2019 7 59:35 AM(UTC+0) | From: +▮155 (owner) | I haven't yet<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7182 | Instant Messages | Incoming | | | 2/28/2019 8:00:21 AM(UTC+0) | From: ▮9794<br>P▮<br>▮7155 (owner),<br>9794 | Hhhhhmmm! I don't like to lie . But just pls talk to her ate least<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7183 | Instant Messages | Incoming | | | 2/28/2019 8:00:32 AM(UTC+0) | From: +▮59794<br>ts:<br>▮7155 (owner),<br>9794 | At least**<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7184 | Instant Messages | Outgoing | | | 2/28/2019 8:00:38 AM(UTC+0) | From: +▮7155 (owner) | Yeah just do it I'll talk to her<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7185 | Instant Messages | Incoming | | | 2/28/2019 8:01:12 AM(UTC+0) | From: +▮9794<br>ts:<br>▮7155 (owner),<br>9794 | Just talk to her tell her u gonna drop her off at my place<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7186 | Log Entries | | | | 2/28/2019 8:01:35 AM(UTC+0) | | Wifi In:0<br>Wifi Out:0<br>Wan In:43056<br>Wan Out:14406<br>Source Extraction: Advanced Logical, Logical | |
| 7187 | Log Entries | | | | 2/28/2019 8:05:19 AM(UTC+0) | | Wifi In:0<br>Wifi Out:0<br>Wan In:4542<br>Wan Out:2325<br>Source Extraction: Advanced Logical, Logical | |
| 7188 | Instant Messages | Incoming | | | 2/28/2019 8 26:03 AM(UTC+0) | From: ▮9794<br>P▮ nts:<br>+▮7155 (owner),<br>9794 | I don't know what u did to Bri tho she's really scared of u I promise I'm not lying<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7189 | Locations | | | Yes | 2/28/2019 9:14:25 AM(UTC+0) | | (34.003100, -118.112500, 64.857) 840 W Mines Ave, Montebello, CA 90640,<br>IMG_0483.MOV:<br>com.apple.quicktime.location.ISO6709<br>Location info:<br>(34.003100, -118.112500)<br>(34.003100, -118.112500)<br>Source Extraction: Advanced Logical, Logical | |
| 7190 | Video: Location | | | | 2/28/2019 9:14:25 AM(UTC+0) | | IMG_0483.MOV<br>Source Extraction: Advanced Logical, Logical | |
| 7191 | Image: Location | | | Yes | 2/28/2019 1:15:28 AM | | IMG_0482.JPG<br>Location info:<br>(34.003055, -118.112489)<br>Source Extraction: Advanced Logical, Logical | |
| 7192 | Locations | | | Yes | 2/28/2019 9:16:51 AM(UTC+0) | | (34.003000, -118.112400, 60.793) 840 W Mines Ave, Montebello, CA 90640,<br>IMG_0484.MOV:<br>com.apple.quicktime.location.ISO6709<br>Location info:<br>(34.003000, -118.112400)<br>(34.003000, -118.112400)<br>Source Extraction: Advanced Logical, Logical | |
| 7193 | Video: Location | | | | 2/28/2019 9:16:51 AM(UTC+0) | | IMG_0484.MOV<br>Source Extraction: Advanced Logical, Logical | |
| 7194 | Instant Messages | Incoming | | | 2/28/2019 10:21:51 AM(UTC+0) | From: ▮9794<br>Particip▮<br>▮7155 (owner),<br>9794 | What??<br>Source Extraction: Advanced Logical, Logical | Yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7195 | Instant Messages | | | | 2/28/2019 10:22:17 AM(UTC+0) | From: (owner) | w... Source Extraction: Advanced Logical, Logical | Yes |
| 7196 | Instant Messages | Incoming | | | 2/28/2019 10:22:26 AM(UTC+0) | From: +1░░░░9794 P░░░ts: +1░░░7155 (owner), ░░░9794 | I'm with my friend why?? Source Extraction: Advanced Logical, Logical | Yes |
| 7197 | Instant Messages | Outgoing | | | 2/28/2019 10:22:52 AM(UTC+0) | From: ░░░7155 (owner) | You're friend fell asleep Source Extraction: Advanced Logical, Logical | Yes |
| 7198 | Instant Messages | Incoming | | | 2/28/2019 10:23:33 AM(UTC+0) | From: +1░░░9794 P░░ ts: ░░░7155 (owner), ░░░9794 | Oh ? What do u want me to do ?? Do u want me to call her or something? Source Extraction: Advanced Logical, Logical | Yes |
| 7199 | Instant Messages | Incoming | | | 2/28/2019 10:24:08 AM(UTC+0) | From: +1░░░9794 P░░ ts: ░░░7155 (owner), ░░░9794 | Are u guys gonna go here ? Source Extraction: Advanced Logical, Logical | Yes |
| 7200 | Instant Messages | Outgoing | | | 2/28/2019 10:24:09 AM(UTC+0) | From: ░░░7155 (owner) | I'm just scared that she not breathing does she do this often Source Extraction: Advanced Logical, Logical | Yes |
| 7201 | Instant Messages | Incoming | | | 2/28/2019 10:36:32 AM(UTC+0) | From: +░░░9794 ░░ 7155 (owner), ░░9794 | Is everything ok now?? Source Extraction: Advanced Logical, Logical | Yes |
| 7202 | Instant Messages | Incoming | | | 2/28/2019 10:48:19 AM(UTC+0) | From: +1░░░9794 ts: ░░░7155 (owner), ░░░9794 | Hey Source Extraction: Advanced Logical, Logical | Yes |
| 7203 | Instant Messages | Incoming | | | 2/28/2019 10:48:30 AM(UTC+0) | From: ░░░9794 ts: ░░░7155 (owner), ░░░9794 | She's ok tho Source Extraction: Advanced Logical, Logical | Yes |
| 7204 | Instant Messages | Incoming | | | 2/28/2019 10:48:54 AM(UTC+0) | From: +░░░9794 s: ░░155 (owner), ░░9794 | You made me worried Source Extraction: Advanced Logical, Logical | Yes |
| 7205 | Instant Messages | Incoming | | | 2/28/2019 10:50:49 AM(UTC+0) | From: ░░59794 P░░ nts: +░░67155 (owner), ░░9794 | Hey can u at least txt me back so I know Source Extraction: Advanced Logical, Logical | Yes |
| 7206 | Call Log | Incoming | | | 2/28/2019 10:54:18 AM(UTC+0) | | 00:00:00 Source Extraction: Advanced Logical | Yes |
| 7207 | Call Log | Incoming | | | 2/28/2019 10:54:18 AM(UTC+0) | | 00:00:00 Source Extraction: Logical | Yes |
| 7208 | Log Entries | | | | 2/28/2019 1:49:15 PM(UTC+0) | | com.apple.datausage.siri: Wifi In:0 Wifi Out:0 Wan In:41432 Wan Out:25630 Source Extraction: Advanced Logical, Logical | |

| # | Type | Direction | | | Date/Time | From/Participants | Content/Duration | Starred |
|---|---|---|---|---|---|---|---|---|
| 7211 | Instant Messages | Incoming | | | 2/28/2019 3:35:49 PM(UTC+0) | From: ▓▓▓99131 ▓▓ Participants: ▓▓▓67155 (owner), ▓▓9131 O▓ | Lock my room<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7212 | Instant Messages | | | | 2/28/2019 3:35:50 PM(UTC+0) | From: ▓▓▓9131 O▓ | Source Extraction: Advanced Logical, Logical | |
| 7213 | Instant Messages | Outgoing | | | 2/28/2019 3:36:11 PM(UTC+0) | From: ▓▓▓7155 (owner) | Okay<br>Source Extraction: Advanced Logical, Logical | Yes |
| 7214 | Call Log | Incoming | | | 2/28/2019 4:01:29 PM(UTC+0) | | 00:00:31<br>Source Extraction: Logical | |
| 7215 | Call Log | Incoming | | | 2/28/2019 4:01:29 PM(UTC+0) | | 00:00:31<br>Source Extraction: Advanced Logical, Logical | |
| 7216 | Call Log | Outgoing | | | 2/28/2019 4:06:07 PM(UTC+0) | | 00:00:09<br>Source Extraction: Logical | |
| 7217 | Call Log | Outgoing | | | 2/28/2019 4:06:07 PM(UTC+0) | | 00:00:09<br>Source Extraction: Advanced Logical, Logical | |
| 7218 | Call Log | Outgoing | | | 2/28/2019 4:06:20 PM(UTC+0) | | 00:00:09<br>Source Extraction: Logical | |
| 7219 | Call Log | Outgoing | | | 2/28/2019 4:06:20 PM(UTC+0) | | 00:00:09<br>Source Extraction: Advanced Logical, Logical | |
| 7220 | Call Log | Incoming | | | 2/28/2019 4:07:02 PM(UTC+0) | | 00:04:55<br>Source Extraction: Logical | |
| 7221 | Call Log | Incoming | | | 2/28/2019 4:07:02 PM(UTC+0) | | 00:04:55<br>Source Extraction: Advanced Logical, Logical | |
| 7222 | Call Log | Incoming | | | 2/28/2019 4:11:05 PM(UTC+0) | | 00:00:52<br>Source Extraction: Logical | |
| 7223 | Call Log | Incoming | | | 2/28/2019 4:11:05 PM(UTC+0) | | 00:00:52<br>Source Extraction: Advanced Logical, Logical | |