# EXHIBIT 4

**Crime:** 187 PC                                                                 **Case #** 19-1293

# MONTEBELLO POLICE DEPARTMENT
## SUPPLEMENTAL REPORT

**VICTIM:** B█████ N███ M█████
DOB: ███████
███████████ Lancaster, CA 93534

**SUSPECT:** Edwin Alexander Oliva
DOB: ██████91
███ W. Mines Ave. #11, Montebello, CA 90640
█████████7155

**INVOLVED PARTY:** C███ G███████ O███
DOB: ████/19
████████████ Montebello, CA 90640

N████ C███ H██████
DOB: ████/95
████████████ Los Angeles, CA 90023

M████ B██
DOB: ████/91
████████████, Los Angeles, CA 90022

**INVESTIGATOR:** R. Josett #1399

1

Case # 19-1293
USAO_OLIVA_000023

## SUMMARY:

On February 28, 2019 at approximately 0806 hours, Montebello Police Officers were dispatched to ▮▮ W. Mines Ave. Apt. #11 regarding a female (later identified as V/M▮▮) who was not breathing. The reporting party (identified as S/Oliva) advised dispatch that he had met a girl the previous night and when he woke up she was blue and purple.

Upon the arrival of Montebello Police Officers, they observed V/M▮▮ lying on a bed naked with obvious signs of lividity and rigor mortis. V/ M▮▮ was pronounced deceased by Montebello Fire Department Paramedics at approximately 0817 hours (Refer to Officer Colbert's report for details).

S/Oliva was contacted by officers on scene and appeared to be nervous. Due to S/Oliva providing various statements, along with the circumstances, a suspicious death investigation was initiated. Montebello Police Department Detectives were notified and responded to the scene.

Upon my arrival, the crime scene had already been established, and the residence was "frozen" pending search warrant (Refer to Detective Adam's report for details).

Cpl. Rojas and Officer Colbert advised me what they had observed and what S/Oliva had told them. Cpl. Rojas informed me that he had taken S/Oliva's cellular phone for evidence. The phone was taken from S/Oliva's hands and identified to be his by his own admission (Refer to Cpl. Rojas' report for further details).

I was directed to S/Oliva who was standing and pacing back and forth in the parking lot of the location. I identified myself to S/Oliva advised he would cooperate in the investigation.

While on scene, S/Oliva informed me he only knew V/M▮▮▮ by the name of "B▮". S/Oliva could not provide me with a phone number for V/M▮▮▮ because he cleared his call history as well as his text messages prior to our arrival. S/Oliva said he did this because he did not want his girlfriend (later identified as I/P H▮▮▮) to find out about V/M▮▮▮.

S/Oliva shares the residence with his brother (identified as I/P C▮▮▮ O▮▮▮) and have they each have their own bedroom. S/Oliva stated I/P O▮▮ usually goes to sleep at 9:00 pm and leaves for work at approximately 5:00 am. I/P C▮▮ is a union crane operator and drives a silver Dodge Ram. I/P O▮▮ was asleep in his own bed, when S/Oliva returned home with V/M▮▮▮. I/P C▮▮ had already left for work before S/Oliva discovered V/M▮▮▮ dead.

While on scene, S/Oliva advised me he was intoxicated and passed out while he was partying in his bedroom with V/M▮▮▮. S/Oliva admitted to having sex with V/M▮▮▮. Due to S/Olvia stating he was intoxicated several hours prior and that he had "passed out" I asked S/Oliva if he would provide a voluntary preliminary alcohol screening. S/Oliva agreed to provide a breath sample. The preliminary test result was .000% at 0903 hours. This test was taken on a Alco Sensor IV serial #102045 under test # 124.

I asked S/Oliva if he would voluntarily come back to the Montebello Police Department to speak with me, and he agreed. S/Oliva stated he did not have a vehicle nor did he have access to any, therefore I had Officer Alatorre transport him to the station. Once at the station I advised S/Oliva per Beheler admonishment, I escorted S/Olvia to the Detective Bureau and had him sit in interview room #222, which is equipped with audio and video recording devices. Detective Antista and I then spoke with S/Oliva. The following is a summary of his statement:

S/Oliva is currently enrolled in parenting classes which he attends with a female who he only knows by the name of "T▮▮" (later identified as I/P B▮▮). S/Oliva has had sexual

intercourse with I/P B███ several times but had stopped because she has a boyfriend. I/P H███ informed S/Oliva that her and a friend (V/M███) like to party in Hollywood on Wednesday nights. I/P H███ told S/Oliva that V/M███ likes to do "Cocaine" and provided him with her contact information.

S/Oliva stated he first contacted V/M███ on February 27, at approximately 10:00 pm, seeing if she wanted to hang out. V/M███ was at work at a restaurant in Santa Clarita and did not have a ride, so he offered to pick her up. S/Oliva stated he drove I/P O███'s silver Dodge Ram to pick her up and that I/P O███ did not have knowledge of him using his vehicle. Upon his arrival, S/Oliva stated V/M███ did not have a purse and only had a cell phone with her. S/Oliva drove V/M███ back to his residence where they had several shots. After V/M███ took two shots and while S/Oliva was pouring another tequila shot, he observed V/M███ remove a green straw and snort presumably cocaine from it. S/Oliva said he did not provide any drugs to V/M███.

When V/M███ snorted from the green straw, S/Oliva provided V/M███ with one more shot of tequila. S/Oliva then took his shirt off because he was hot. S/Oliva stated he has a good physique and believed V/M███ liked this because she came onto him and gave him oral sex. S/Oliva said he remembers having sex and then waking up.

According to S/Oliva, he had oral, vaginal, and anal sex with V/M███. He said they did everything. V/M███ never pulled out any narcotics and placed them in any of her cavities. S/Oliva admitted to smacking V/M███' "ass", pulling her hair, however denied any form of choking her. S/Oliva stated, he was in the "zone." They started off having sex in the missionary position, then "doggy-style," and back to missionary. Then they had sex in the following positions, "scissor," "cowgirl," "reverse cowgirl," "standing up," "doggy-style standing up." Then they finished off in the missionary position. S/Oliva stated he had unprotected sex and did not know if he "finished" (ejaculated).

S/Oliva does not know what time they finished having sex. When S/Oliva woke up, he went for his morning run for approximately 15-20 minutes, like he does every day.

When he came back, he tried to wake up V/M███ because he was "horny" and wanted to "fuck again." S/Oliva stated when he came home, he observed V/M███ was not breathing and blue in color. According to S/Oliva, V/M███ was lying on her side when he found her.

I spoke with S/Oliva regarding his cell phone and how he had provided verbal consent earlier. S/Oliva again stated he erased all of his messages and phone calls because of his girlfriend (I/P H███). I then asked S/Oliva if he would provide written consent to search his phone. S/Oliva agreed which he indicated by signing the attached form at approximately 1038 hours. Detective Antista then spoke to S/Oliva and asked him if he consent to be transported for a sexual assault exam due to him having unprotected sex with V/M███. S/Oliva agreed to the sexual assault exam.

After speaking with S/Oliva, he agreed to log onto his ICloud account and also provided his login information. As S/Oliva wrote down his password of "Kidster30", I asked him if his password meant anything and if it was his moniker. S/Oliva laughed and said his family members are a part of "MS" and gave him the nickname "Kidster." I had S/Oliva clarify what MS was and he stated, "MS-13", as in the criminal street gang. Due to the internet connection, S/Oliva was unable to login to his account during this time.

S/Oliva was transported to USC Medical Center for a voluntary sexual assault exam and pending search warrant authorization. I attempted to obtain additional information on learning the identity of the victim. Using the internet, I searched Persian restaurants near the area of where S/Oliva stated he picked up V/M███.

I located a restaurant called Persia Lounge located at ███ Main St. in the City of Newhall. I contacted the manager of the restaurant via the telephone and he confirmed he had an employee by the name of "B███", however he would not provide any additional information without proper identification. The manager subsequently contacted me via the telephone at the Montebello Police Department and provided me with V/M███' full name, date of birth, and phone number.

Using departmental resources, I located a DMV photo of V/M▮▮▮ and Officer Colbert and Cpl. Rojas were able to positively identify the victim.

With having verbal and signed consent from S/Oliva to look through his cellular phone, I responded back to the crime scene and took possession of S/Oliva's phone, which was provided to me by Cpl. Rojas. I used the provided passcode to unlock the phone and observed the following:

I went to the call history and learned there was no content and it had been erased as stated by S/Oliva. I then checked the text messages and observed only 1 incoming text message from I/P O▮▮▮ at approximately 0812 hours, which read, "Love you brotha. Everything is going to be ok it's not your fault. Keep posted on what's going on." S/Oliva replied stating, "They're here" which I presume to be the Montebello Police Department.

I then reviewed several video's which had been recorded on S/Oliva's cellular phone. There are three video's totally approximately 2 minutes of time over a 6 minutes span. The first video starts at approximately 0114 hours.

The video depicts V/M▮▮▮ lying face down on a bed fully nude. V/M▮▮▮' left arm is tucked underneath her chest and her left hand is exposed on her right side of her body with the palm facing up. V/M▮▮▮s' hand is a reddish purple color which indicated to me, a lack of blood circulation. V/M▮▮▮' has a pillow underneath her hips, lifting her buttocks up. S/Oliva is then observed (identified by tattoo's and bracelet) digitally penetrating her vagina and anus. S/Oliva is also observed sodomizing V/M▮▮▮ as she lays motionless on the bed for approximately 6 minutes. It is my opinion V/M▮▮▮ is unconscious or deceased during this time because she is motionless and there are no sounds from her the entire time.

After reviewing the video on scene and as I prepared to leave, I was approached in the driveway of the residence by a female (identified as I/P H▮▮▮▮) who identified

herself as S/Oliva's girlfriend. She stated she was concerned because he had not responded to multiple phone calls and texts messages. I explained to I/P H▮▮▮▮ that S/Oliva was at the Montebello Police Department for questioning and that he was not under arrest. I/P H▮▮▮▮ understood and stated she just wanted her vehicle back.

I/P H▮▮▮▮ stated she gave S/Oliva her silver Toyota Camry several days prior and she could not find it when she was dropped off by Uber. I/P H▮▮▮▮ stated S/Oliva had possession of her vehicle for the past several days and stated S/Oliva had the keys to the vehicle. I/H▮▮▮▮ provided a full description of the vehicle, and officers began to search the area for her vehicle. I/P H▮▮▮▮ last spoke to S/Oliva the previous night at approximately 11:00 pm. I/P H▮▮▮▮ said the phone call was short and S/Oliva stated he would call her back, however he never did.

Several minutes later, officers located I/P H▮▮▮▮' vehicle parked along the west curb line of Montebello Blvd. just south of Mines Ave. I/P H▮▮▮▮ responded to the area where the vehicle was parked and identified it as being hers. Dispatch further identified I/P H▮▮▮▮ as the registered owner.

Due to S/Oliva previously stating he did not have any vehicles nor did he have access to any vehicles, the silver Toyota Camry bearing California license plate number ▮▮▮▮ the vehicle was impounded for evidence. The vehicle was then transported by Helms and Hill Towing to the Montebello Police Department secured lot, pending search warrant authorization.

I was then advised by Detective Ramirez that S/Oliva was back from USC Medical Center. Detective Antista returned to the Montebello Police Department and contacted S/Oliva who was asleep on a couch within the Detective Bureau. I then reminded him of the Beheler Admonishment.

I asked S/Oliva if he wanted anything to eat or drink at which time I gave him a bag of chips and water at his request. Due to S/Oliva being deceptive and providing inconsistent

statements, Detective Antista and I questioned S/Oliva again. The following is a summary of his statement:

S/Oliva again stated he used his brothers Dodge Ram to pick V/M⬛ up in the city of Santa Clarita. S/Oliva again stated he did not own any vehicles nor did he have access to any vehicles. I confronted S/Oliva about I/P H⬛' vehicle which he has been in possession of for several days. S/Oliva then admitted to using I/P He⬛' vehicle to drive to Santa Clarita to pick up V/M⬛. He lied because he did not want I/P H⬛ to find out that he used her car to pick up V/M⬛. I asked S/Oliva where the keys to the vehicle were located and he said somewhere inside his residence.

S/Oliva again stated he and V/M⬛ had several shots of tequila, and V/M⬛ snorted something. S/Oliva said after he turned on some music from "YouTube" V/M⬛ started dancing, pulled down his pants and gave him oral sex followed by sexual intercourse. V/M⬛ was "into" it because she was the one touching, kissing, and sucking on him. S/Oliva then said how V/M⬛ was a "freak" in bed, and moving around and moaning as if she was enjoying it. S/Oliva continued by saying V/M⬛ was not the type of girl to just lay there and she just liked to "fuck hard" and she was "moaning." S/Oliva said the sex was good and V/M⬛ knew what to do. When asked, S/Oliva stated they had sex for approximately one hour.

At the end of having sex, S/Oliva just remembers "knocking out" and does not recall having an orgasm. S/Oliva further stated he does not remember stopping and then just woke up.

I asked S/Oliva if V/M⬛ agreed to have anal sex with him, and he said it just happened but she didn't say anything. S/Oliva said his penis just "slipped" in there. When asked if she said anything, S/Oliva said, "No." He followed up by saying most girls do not like to engage in anal sex, but if they do, they move around and squirm. S/Oliva again said she didn't say anything.

I asked S/Oliva if at any point he believed V/M̆ was passed out and he said, "No" and that V/M was "moaning the whole time, and to me that seems as if she is awake and aware." S/Oliva said that V/M liked anal sex and had her "ass" up while he pulled her hair. S/Oliva did remember recording a video of having sex in the "doggy-style" position. S/Oliva did not ask V/M if he could record them having sex.

I then recovered S/Oliva's cell phone at which time he unlocked it to access the contents. I showed him the videos I previously observed. S/Oliva admitted the room in the video was his, and that V/M and him were the subjects in the bed. As I showed him video, S/Oliva admitted to her not saying anything in the video. I showed him a second video and asked if he thought V/M was "enjoying it" and he said he didn't know because he was "drunk." I showed S/Oliva the 3rd video and asked him if he thought it was weird that V/M was still in the same spot and had not moved for nearly 6 minutes. S/Oliva then stated V/M was not moaning and that she was probably "knocked out" but not when they started. S/Oliva then said he doesn't remember because he was too intoxicated.

S/Oliva said he does not want to be categorized as a "necrophiliac" – a fascination with dead bodies, which often takes the form of a desire to engage with them by the way sexual intercourse. S/Oliva was asked again if he remembers seeing V/M with a purse and he said, "No."

Upon the completion of speaking with S/Oliva, I received a phone call from "T̆" (I/P H̆) stating she would be at work (Commerce Casino) at approximately 1830 hours and I could meet with her there. Detective Antista and I then responded to the Commerce Casino to obtain a statement. Refer to Detective Antista's supplemental report for details.

At approximately 2100 hours, I was advised by Detective Viebrock the search warrant of the vehicle had been granted by the Honorable Judge Robert Serna. Upon service of the search warrant, a purse belonging to V/M was immediately located in the trunk of

the vehicle. Refer to Detective Viebrock's supplemental report. Prior to the vehicle being completely searched, Detective Antista and I interviewed S/Oliva again.

S/Oliva's statements proved to be inconsistent and deceptive based on the evidence and witness statements obtained throughout the investigation. Prior to the interview, I advised S/Oliva of his Miranda Rights. S/Oliva stated he understood his rights and indicated such by verbally answering yes to the questions and signing the attached form. The following is a summary of his statement:

S/Oliva had been communicating with V/M▮▮▮ for about one and a half weeks. Through communication, S/Oliva contacted V/M▮▮▮ and agreed to pick up her up at the address provided. S/Oliva stated he drove to Santa Clarita in his girlfriend's silver Toyota Camry and picked up V/M▮▮▮. S/Oliva then drove V/M▮▮▮ to Montebello and stopped at "Vons" to purchase tequila. After he purchased tequila with V/M▮▮▮, S/Oliva drove back to his residence.

Upon their arrival, they go to S/Oliva's bedroom and he provides V/M▮▮▮ with two shots of tequila. S/Oliva admitted to taking five shots of tequila throughout the night along with smoking marijuana. We continued to question S/Oliva about the narcotics given to V/M▮▮▮, S/Oliva continued to deceive us by stating he never provided V/M▮▮▮ with any narcotics.

S/Olivas said the first time he knew V/M▮▮▮ was not breathing was at approximately 0700 hours, however he failed to call for help until approximately 0806 hours. S/Olivas did not recall making a phone call to I/P H▮▮▮ at approximately 0200 hours to inform her V/M▮▮▮ was not breathing. S/Olivas also did not know where V/M▮▮▮' phone was.

Again, S/Oliva was questioned regarding the narcotics V/M▮▮▮ ingested, however he said it was not cocaine, nor did he ever tell her he was going to give her cocaine. S/Oliva then asked if he could use the restroom and have approximately 5-10 minutes to think. Detective Antista and I agreed and gave S/Olivas approximately 30 minutes to think.

S/Olivas said he did not know what to say and asked if he could write it down. S/Olivas was provided a piece of paper and pen to write down anything he wanted. Detective Antista and I then left S/Oliva alone to write.

As S/Oliva was writing, I responded to the Montebello Police Department "east lot" where the vehicle driven to pick V/M█████ up was being processed by Montebello Police Department Property and Evidence Technician (Refer to Evidence Technician McKeever's supplemental report for details).

While I was in the "east lot", I was advised as well as observed the following items being recovered from the trunk of the vehicle, which included V/M█████ purse, and overnight bag, and V/M█████' phone. I had previously obtained V/M█████' phone number from the manager of the restaurant where she worked. I called the number provided for V/M█████ and the cellular phone rang, which confirmed the phone belonged to her.

Several other bags and a box were also located in the trunk of I/P H█████' vehicle. While searching the contents of the bags and box the following were located within: Plastic baggies containing a brown brick tar like substance resembling heroin, two electronic scales, a plastic baggie which contained a blue nitrile glove, plastic spoon and a white powdery substance resembling fentanyl/cocaine, three plastic bags containing marijuana, and two backpacks which contained a shrink wrapped kilogram-sized "brick" of an unknown white powdery substance consistent with cocaine, a plastic baggie containing a shrink wrapped "brick" consistent with cocaine. The trunk also contained baggies, scales, rubber gloves, masks, and a pay/owe sheet which are consistent with the distribution of narcotics.

Additionally, a loaded .45 caliber Smith and Wesson M & P Shield with serial number HWT1396 was recovered from a box within the trunk of the vehicle. The handgun contained (6) live rounds in the magazine. A records check of the firearm was conducted and returned "No record on file." Refer to Detective Viebrock's supplemental report for further details.

After approximately one hour, Detective Antista and I returned and S/Oliva stated he was done with his written statement. I started to read his statement aloud and after several words, S/Oliva asked if he could read it to me. S/Oliva then read aloud (it should be noted the statement was not read verbatim by S/Oliva).

S/Oliva stated V/M█ asked to do cocaine and S/Oliva informed her that he did not have any cocaine but he had some other stuff. V/M█ then asked for anything she could snort. S/Oliva then said V/M█ snorted the "other stuff". Refer to attached written statement.

S/Oliva said the "other stuff" is called "Fety", which I know is street vernacular for fentanyl. With my training and experience, I know fentanyl can cause respiratory distress and death when taken or when combined with other substances, especially alcohol.

S/Oliva stated the "Fety" was in the trunk of the car, with marijuana, along with 2 additional backpacks containing "something else." S/Oliva said the "Fety" was inside a clear plastic baggie which contained a white powdery substance. S/Oliva stated he was holding on to all the narcotics for an unidentified friend of his. Once his friend got rid of the narcotics, his friend was going to give S/Oliva some money.

S/Oliva stated everything in the trunk in the trunk of his vehicle was inside his residence earlier in the morning. S/Oliva failed to contact the Montebello Police Department once he knew V/M█ was not breathing because was scared and did not want to get "pinned" for something. Therefore, he removed everything, and placed it in the trunk of his girlfriend's car. S/Oliva then observed V/M█' bag in the car. S/Oliva then placed V/M█' purse and bag inside the trunk of the silver Toyota Camry. S/Oliva said when he was cleaning up the "paraphernalia" from his room, he must have grabbed V/M█' cellular phone, thinking it was one of his old ones.

S/Oliva has had the "Fety" for approximately one week and has not used any of the drugs. S/Oliva says people "say this and say that." When asked what he meant, S/Olivas stated he doesn't really pay attention and does not know the reaction of that drug. S/Olivas heard that most people like to mix "Fety" with "Black" which is heroin.

S/Oliva removed the "Fety" from his closet and placed it on "a little surface" similar to a box. V/M███ then snorted the "Fety" by using a green straw which she had in her pocket.

After V/M███ snorted the "line" which she divided up into "two lines" with his business card, she proceeded to take one additional shot of tequila. S/Oliva then took two additional shots of tequila. S/Oliva stated they continued to listen to music and that is when they started "vibing." S/Oliva does not recall V/M███ passing out.

S/Oliva stated V/M███ was texting I/P B██ from her cellular phone while she was in his bedroom. V/M███ was texting prior to snorting the "line" of "Fety" and after. V/M███ never informed S/Oliva she wanted to leave. According to S/Oliva, his plan was never to stay at his house for the night, and the plan was to go to the hookah lounge.

S/Oliva realized V/M███ was not breathing when he woke up at approximately 0700 hours. He started to panic and took off for a run to look for I/P H███████' car, which he later found it he area of ATC High School. Once S/Oliva found I/P H███████' car, he placed everything from his residence into her car. He then proceeded to move the car around the block in an attempt to "hide" the vehicle from authorities.

S/Oliva further stated all the narcotics, gun, and anything else illegal in I/P █████████' car belonged to him and I/P H███████ did not know anything about it. The only items in that did not belong to him were a bag of baby clothes and V/M███' property (purse, clothes bag, cell phone.)

S/Oliva then finished reading his written statement. At the end S/Oliva drew the size of "lines" V/M▮ took.

Based on the above listed facts, evidence, and statements, I placed S/Oliva under arrest for the following charges,
-187 PC – Murder
-261(a)(4)(A) PC- Rape While Unconscious.
-286(f)(1) PC- Sodomy While Unconscious.
-113701 H&S- Possession of a Controlled Substance while in Possession of a Firearm.

Incident to arrest, I conducted a search of S/Oliva's person. During that time, I located keys which he admitted to being the keys for I/P H▮ vehicle. S/Oliva had previously lied about knowing where the keys to the vehicle were.

S/Oliva was then escorted to the Montebello Police Department Jail to complete the booking process. Upon completion of the booking process, S/Oliva will remain in custody pending his court date.

Due to the inherent risk of fentanyl and for the safety of everyone, none of the seized narcotics were field tested. Further, S/Oliva admitted the items located in the trunk were in fact narcotics which contained fentanyl. Based on my training and experience along with S/Oliva's statement, I believe the contents located in the trunk of the vehicle were narcotics. This is based on the texture, color, smell, and packaging.

Because of the inherent risk, On March 1, 2019 the Los Angeles Interagency Metropolitan Police Apprehension Crime Task Force (L.A. Impact) responded to the Montebello Police Department and properly recovered and packaged the narcotics so Evidence Technician could properly book the items.

Due to the fact, V/M███ presumably died of a possible overdose of fentanyl, DEA Special Agent Thomas a member of the Overdose Response Team(ORT) responded and was advised.

On March 1, 2019 Detective Ramirez obtained video from Vons and from a residence where the I/P H███' vehicle was located. Refer to Detective Ramirez' supplemental report for details.

Detective R. Josett #1399

**Additional Information:**

I reviewed the pay/owe sheet recovered from inside the vehicle. The pay/owe sheet has the name "Kidster" written on several different pages. This is the name S/Oliva stated his family members call him. Also inside the pay/owe sheet were names of subjects (Chicago, D-Boy) with a list of dates, narcotics, quantities, amount paid, and amount owed.

S/Oliva and V/M███ are observed at approximately 12:06 am an appear to be sober. Approximately one hour later, S/Oliva is recording himself sodomizing V/M███ and claims they were both too intoxicated.

**CRIME:** 187 P.C.                                                                                    **CASE #:** 19-1293

## Montebello Police Department
## Supplemental Report
## March 02, 2019

| | |
|---|---|
| **VICTIM:** | M▇▇, B▇▇ |
| | Lancaster, Ca 93534 |
| **SUSPECTS:** | Oliva, Edwin Alexander  Dob-▇▇/91 |
| | 832 Mines Ave. #11 Montebello, Ca 90640 |
| | ▇▇7155 |
| **INVOLVED PARTIES:** | N▇▇, N▇▇  Dob-▇▇/78 |
| | Montebello, Ca 90640 |
| **INVESTIGATOR:** | Detective R. Ramirez #1365 |

**SUMMARY:**

On March 01, 2019, I responded to W. Mines Ave #B Re: video surveillance cameras at the residence which show S/Oliva, Edwin parking a silver four door Toyota Camry (Lic# ▇▇▇▇) on Montebello Blvd.  Upon my arrival I contacted I/P N▇▇ who advised that her camera system at her residence was operational and was recording on the date in question.

The following is what I observed on the surveillance footage: At 0730 hrs, I observed S/Oliva jogging s/b on Montebello Blvd from Mines Ave along the west curbline. At 0756 hrs, the silver Toyota Camry being driven by S/Oliva parks along the west curbline of Montebello Blvd just s/o Mines Ave. At 0759 hrs, S/Oliva exits the vehicle and appears to be talking to someone on his



USAO_OLIVA_000007

cellphone.  S/Oliva also had a dark colored women's handbag in his hand.   At 0800 hrs, he opens the trunk of the vehicle and places the handbag in the trunk and walks n/b on Montebello Blvd toward Mines Ave.  S/Oliva was the sole occupant of the vehicle in the surveillance video.  I provided a thumb drive to I/P Nieblas who agreed to download the footage onto it.  I took custody of the evidence (thumb drive) and booked it into evidence locker #51 at Montebello P.D evidence room.

_____
Detective R. Ramirez #1365