# EXHIBIT 5

2/1 $2500
#500
2000

2/1 200

2/1
2200

~~920~~

~~Fety: 420~~
~~Black: 500~~
~~920~~

Fety: $120.00
glass = $200.00
black = $500.00

$820.00

Bills
1 Black - 500
II oz Clear - 200
VI g Fety - 400
1100

1(oz) Black = 500
II(oz) Clear = 200
VI(g) Fety = 400

Los Angeles

Black 500
Clear 200
Fety 400
1000

80
x 6
480

70
80
420
x 6
480

540
x 6
690

1000
1500
2500
2000
500
25
100

600
1,900
#1,240
Fety=540
Clear=200
Black=500

Fety =
Chyna = 600
Clear = 100
Black = 500

1,040
Fety = 540
Black 500

Fety = out of stock
Chyna = 40(oz)
Clear = 11(oz)
Black = 12(g)

D.BOY

| Drop Off | Commodity | Amount | Price | Pick Up | Payment Received | Owed Amount |
|---|---|---|---|---|---|---|
| 1/30 | Black | 12.5(g) | $450 | – | — | |
| 2/1 | Clear | 1(oz) | $180 | | | +2 |
| 2/1 | Black | 12.5(g) | $450 | | | $700 |
| — | — | — | — | 2/3 | $250 | $450 |
| 2/5 | Fety | 4(g) | $400 | [illegible] | [illegible] | [illegible] $850 |
| — | — | — | — | 2/9 | $149 | $702 |
| | | | | 2/11 | $50 | $652 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/29 | Black | 1(g) | $40 | — | | $40 |
| 1/30 | Black | 2(g) | $80 | 1/30 | $40 | $80 |
| 1/30 | Clear | 23(g) | $120 | — | — | $200 |
| [illegible] | — | — | — | 1/31 | $70 | $130 |
| 2/1 | Black | 12.5(g) | $450 | 2/1 | $50 | $530 |
| 2/1 | Clear | 1(oz) | $150 | — | — | $680 |
| 2/4 | Black | 12.5(g) | $450 | 2/4 | $400 | $730 |
| 2/5 | Clear | 1(oz) | $170 | 2/5 | $100 | $800 |
| 2/5 | Fety | 2(g) | $200 | — | — | $1000.00 |
| 2/5 | Chyna Whyte | 1(g) | $50 | — | — | $1,050.00 |
| 2/7 | Clear | 1(oz) | $170 | 2/7 | $600 | $620 |
| 2/8 | Black | 12.5(g) | $450- | | | $1,070.00 |
| 2/9 | Clear | 1(oz) | $170 | 2/9 | $300 | $940 |
| [illegible] | | | $ | 2/10 | $465 | $475 |
| 2/11 | Black | 12.5(g) | $450 | | ~~$450~~ | $925 |
| 2/11 | Clear | 1(oz) | $170 | | ~~[illegible]~~ | $1090 |
| 2/11 | Chyna Whyte | 1(g) | $50 | 2/11 | $286 | $854 |
| | | | | 2/11 | $160 | $694 |

8 13
9400
-465
475

1010
300
770
140

| Drop off | Commodity | Amount | Price | Pick up | Payment received | Owed Amount |
|---|---|---|---|---|---|---|
| 2/14 | Clear | 1oz | $170.00 | 2/14 | $610.00 | $704 |
| 2/14 | Black | 1/2oz | $450.00 | | | |
| 2/15 | Fety | 4g | $400 | 2/15 | 370.00 | $634 |
| 2/19 | Black | 1/2oz | [illegible] 450 | | | |
| 2/19 | Clear | 2oz | $340 | | | $1424 |
| [illegible] | | | | 2/21 | $200 | $1224 |
| 2/22 | Black | 1/2oz | $450 | | | $1674 |
| ? | | | | 2/23 | 640 | $1034 |

House
$16,000 2/19

Chicago
Left — 694
paid — -610
Left — $84
cream+black plur 620
owes $ 704
2/14/19

$704
Fety +400
1804
- gone 370 2/15
owes 634 2/19
paid 500
134

134 owes
450 125 g black
+ 170 1 oz clear
$754 2/19
-200 2/21
$554
+ $450 2/22
1004
- 640 2/23
$464 2/24

170
2
340

464
+170
634