# EXHIBIT 6

Your Honor

My name is M█████ V█████ and I'm B████'s Godmother. B████'s mom L███ and I are 3rd cousins, but we grew up as sisters. There was a time My daughter and I lived with B███ and her mom, so they also grew up like sisters. We have always been a close family. Coming close to B████'s 3rd death anniversary is still hard as if it was yesterday.

We are here to ask you to plead with you for the full maximum sentence. We know it won't bring B███ back or make the pain easier, but Edwin took B████s life. She will never walk in our homes with her beautiful smile, she will never be here to celebrate life events with us, or we get to celebrate her achievement or her birthdays. B████ was a dancer and an artist. We will never see B████ dance at our celebrations. She was the one that would be the first on the dance floor or pull the one off the chair to dance. There are so many art paintings that B████ will never get to finish.

We ask you for the full maximum because Edwin took B████ away from us and we don't want any other family going through the same thing we are going through. We hope we can save some families; we know he will go back to his drug dealing habits or sex trafficking once he is out. Please help us stop him. Not only did he kill B████, but he also killed a piece of each person that loves B████. B████ was just starting her life why should Edwin continue his free. Edwin shouldn't be allowed to celebrate with his family just as B████ is not here to celebrate with us.

Thank you for taking the time to hear us.

The victim's Godmother,
M█████ V█████

## Victim statement:

R███ M███, Aunt of B███

When I got the call that my Niece B███ was gone at first it was truly unbelievable, I kept thinking maybe a different B███ you got the wrong person Not my Niece!! It was just impossible!! But when my mom told me more and more that's when my heart and world were completely broken. I immediately broke down in tears in agony, but it couldn't last long I was on my break at work, I work a graveyard shift and still considered "help" (at the time) so leaving was out of the question which was probably a good thing, but I had to put a strong face on which was the hardest switch for me to do being so worried about my Sister L███ and my Nieces, it was all so heartbreaking for they just lost the first daughter and older sister it's all so unimaginative how could this this be true!! I couldn't wait to get off work to be there with them!!

Mourning for my Niece was Unfair I didn't get to mourn throughout the days with my family I was All by myself and on an opposite schedule it was seriously the hardest ache I've ever been through I honestly felt completely alone. I would randomly finally have my breaking points when I can exhale and breakdown let it out, I couldn't process the reality I was in denial for a whole year kept thinking my Niece was just out with friends she'll be back, she always came back, but she hasn't…

B███ was a family person family meant the world to her no matter what she would always come to all family events just to be with her family or friends. She was someone you can rely on to be there for you no matter what!! She had the Best listening ear she would listen to all our problems, stories, the 411! B███ was a person you wanted to be around 24/7 she's so loving and fun and up for anything like singing, dancing (she was an Amazing dancer), play video games or board games, seriously just anything she was up for it!!

My Niece and I are 2 years apart, so we grew up together very close we did almost everything together, but now we're older with jobs and school made it harder to see each other like we did as kids, but we Always kept in touch! No matter what my Niece never forgot me she would invite me to almost every event in her life knowing I work weekends and the graveyard shift so I couldn't make it to a lot of them so it really breaks my heart when my Niece celebrated her 25th birthday and I couldn't make it due to work even though she was completely understanding; it was My Biggest Regret!! I didn't know this was going to be her last birthday she would celebrate… I lost my Niece just 20 days later it's crazy ironic that I actually did plan to visit my Niece that weekend after work, but no the universe slapped me in the face a day too soon and I can't help but to get Mad!! My Niece didn't have any natural illnesses she was Taken and not

knowing what truly happened has been Torture to our family we were completely unprepared for all the pain and heartache to come our way I would never wish this pain on anybody... B▮ still had soo much to live for she was just getting started I honest to God thought I had my whole life to live with her that we'll share our weddings together have babies together just keep Living together and all that has been taken away I now have to live with the memories and legacy she left behind..

B▮ to us Is Legendary no one could ever be like her or replace her she is One of a Kind a Beautiful Soul inside and out and she'll Forever live in our hearts, but the saddened darkness thought will always come back and cover us when we think Our B▮ can never be with us physically no matter how many times we wish it we want Her Back!!

I Love You B▮ Forever my Niece!! Rest in Paradise my Beautiful Angel!!
   Thank you for your time, my name is R▮ M▮, I am a hurting victim of the loss of B▮

# S▮▮▮ M▮▮▮

## Victim Statement

Losing my niece, B▮▮▮, has been such a tragic loss we weren't prepared to bare. To think, I will never be able to hear from her, never see her, or ever just be with her again breaks my heart. To think that my last memory/day spent with her was on her birthday, celebrating the very day she was given life to this earth, just 10 days before the tragic loss breaks me. To think, she would go out one night, to not make it home broke my whole world. My family hurts. To lose her so young and so sudden. We have to imagine the wedding she'll never have, the children she'll never bare, and all the wonderful life she had waiting for her at only the age of 25. My family hurts so bad that thoughts to not carry on enter the mind. Imagine to be the source that took one life, and as result ended another's? How can one live with that?

I have nothing but the memories to hold onto my niece. Growing up we were so close, like best friends, told each other everything. Made up our own language that only she and I can understand, cried to each other, yelled at each other, and laughed with each other. Through the good and the bad we were always there for one another. We would travel the miles just to spend a few hours with each other as if the distance couldn't keep us apart.

I got a call at 12 in the morning from my mom, knowing this couldn't be good I answered, and in an instant my world just fell apart. There aren't enough words to explain the pain I feel, the pain my family feels. My sister L▮▮▮ and my nieces, the pain they feel, every single day waking up knowing we'll never get to have the daughter/sister/niece/& granddaughter that she was back to us...

Thank you for your time, I am S▮▮▮ M▮▮▮, hurting victim of the loss of B▮▮▮.

My name is S██████ M██ and I am B███'s Aunt,

In my life I've experienced so much loss. I've been to countless funerals, from losing distant relatives and friends to losing my closest family members such as my father and grandparents. I've learned how to deal w death and though I would grieve for them it never took a toll on me the way the death of my niece B███ has. My precious B█-B█. She was a just a young girl finding her path in this scary life. I would never be the one to describe life as scary, but I have now become so scared. Scared to trust, scared to leave the house at certain hours of the night, scared to let strangers approach me or talk to me because losing her Scared the life out of me. But unlike this person I've become she wasn't afraid to live her life as free and full as possible. She gave so much love and even if she wasn't feeling the vibe, she would still make sure it was a positive one. I am now more negative than I have ever felt before. She was a bright light in our family and now I see the world so dark. I get so afraid and depressed that I wake up yelping in the middle of the night. I have night terrors, thoughts, and fears of dying, and constant anxiety. I can never relax anymore. The worry of someone upsetting, hurting, or even murdering my other nieces and nephews or even my younger siblings and even myself is a constant thought in my mind. I'm supposed to be her protector. I am the aunt who was old enough to have her respect but young enough to have her trust. Young enough to also grow with her and share details of our lives and I wasn't there to protect her. That guilt follows me. That guilt eats at me so bad to the point of nausea and outbursts of crying. Movies, songs, commercials, social media memories, our own personal tributes we have of her all over our homes don't bring me peace because all I ever want is her back and to hear her voice again. My dreams of her are very common and although they are beautiful, they put a grim mood in me that is hard to shake. To the defendant she was just another girl. Someone he didn't know or care to know. How could a stranger show remorse for a stranger? But to us she was a part of our world that no longer shines. She was everything to us and so we show no remorse for also another young life that in my opinion is also lost. Both the defendant and my niece still had so much life to live and now because of carelessness and stupidity they're over. This is tragic, losing B███ has caused me true heartbreak for not only did we lose her but also my older sister L████ will never be the same. I feel like I will never see her eyes the same or not hear the somber tone in her voice even when she tries to be happy. I know she's different. So, the defendant stole 2 happy lives from me, and I can't forgive for that. My niece will never come back to me only in my dreams which is hard because this has been a nightmare I haven't woken up from. I find myself a lot of nights just looking for something to help me forget and I end up at bar trying to numb my feelings and I hope one day I will snap out of this darkness and feel happiness again and I know I will be a protector for the rest of my nieces and nephews. I have to be for B███ wouldn't want anything less and it's all I feel I can give her now. I just want the court to know that I understand the mistakes that were made the night of her death, but I do believe the defendant knew his intentions and that night altered our whole world and we are paying the ultimate consequence of living without her and I hope the consequences that will be placed on the defendant will give him no happiness because he stole mine and he doesn't deserve to get out and possibly do something like again. He should not be given the chance to hurt another life, another family, or another community.

Thank you.

The Hurting Victim's Aunt

S██████ M██

## Victim Statement – G█████ R█████

I'm here to speak on behalf of B████ my talented loving niece, who is no longer with us because of some monster that chose to cause harm and heartache not only to her but all those that knew and love B████. B█ has left a very big void in the lives of all those she knew and cared for her, her mother her sisters, my daughter, her aunts, cousins, and I find ourselves asking what possessed this monster to take someone so precious and so loving from our lives. No mother should have to go through what my cousin has had to endure. My Daughter was deeply affected by her cousin's loss she couldn't understand why someone so sweet and beautiful could be taken away just 20 days after her birthday... she loved her cousin deeply and misses her to this day. She could not bring herself to write her own statement because it hurts her so much to actively think of what B████ must have gone through at the hands of this horrible monster.

What if this was your child? Wouldn't you want the person that hurt your baby to pay for their crime? We know who killed B████ and We ask you to bring her justice and give him the punishment he deserves for murdering a beautiful talented young woman who was just in the prime of her life and had a lifetime of goals and memories to reach. We ask that you give him life in prison without parole, so that he never sees the light of day just as B████ will never get to see another day... I'm sure if death was an option, we would ask for that, but that would be too good for him that would be him getting off easy. No, I ask that you give him life without parole.

Thank you,
B████'s loving and hurting aunt
G█████ R█████

## My Victims statement – D█

Thank You Your Honor, for the opportunity to speak with and beside my longtime friend and family, L███ on behalf of her Beautiful free spirited daughter B███ M███ whose life was tragically and brutally taken.

Edwin Oliva as I sit here writing this, I'm just not sure the words I have to say even matter to someone like you. I'm not B█'s mother but a friend and a mother to someone and I see how you have destroyed some of the most important people to me! You took B█'s life in a disgusting brutal manner! I think of the atrocities you have done and can't fathom what has happened in your life to make you feel like you could have done what you did to such an innocent, trusting, free spirited, talented girl like B█!

She wasn't someone unwanted or forgotten like you may have thought. She was amazing daughter so close to her mom, she was a protective loving fun big sister, a trusting fun friend, and a beautiful girl I've had the pleasure to know and watch her grow up into a beautiful young lady. She was a talented artist, an absolute astonishing dancer and such a free-spirited young woman!

I can never ever try to comprehend what you were thinking that night because unlike you, I have values, morals, and love for human life. You are someone who should never be in the presence of humanity, you are the monster parents warn their kids about! The monster we hear about and pray our kids will never come into contact with!

Whatever sentence you receive today will never be enough because you are breathing air on this earth and B█ is not! If you have children, I pray they never come in contact with a monster like yourself! The pain my friend and sister L███ and her family have to life with every day of their lives isn't fair! The numb darkness that comes from B█'s life being ripped away by you! They will never know what life would have been like for her, the amazing beautiful things she would have done and accomplished! Every day and night I hope B█'s memory, and our words haunt you, and If there is any soul left inside you that Satan himself hasn't devoured, I hope what you've done, eats at you and your entire family! I hope they know they raised a monster! B█'s life was important, and her life had meaning!

I'm sure this wasn't the first life you've destroyed, Edwin! But what you didn't realize that night was God was coming for you! And here you sit finally being held accountable for any life you've ever harmed, So B▮'s life and memory won't be taken in vain! Her purpose is bigger because you get to pay for your actions, finally! and I'm sure there's much more torment for you! because in this life you do not get to hurt others and destroy good people without payback! I don't know what you believe but what I know is whether in this life or the next, you will get that payback. Karma is God's way of making sure our souls get and understand what we've bestowed unto others! And boy do you have a price to pay! Prison won't be so kind to a monster like you!

Psalm 34:16
"the face of the LORD is against evildoers, to cut off the memory of them from the earth,"
your name and memory will not cross our minds, you will be erased! But B▮▮ M▮▮ will live on!

Thank You!
The Victim's Aunt D▮▮

Hello,

I am the younger sister of B▇▇, I would've wanted to introduce myself properly, however, I will not disclose my name to the man who took advantage of my sister, which caused me emotional pain for not only me but my mom, sister, and grandpa. It all started two years ago on February 28th, 2019 when I came home from a long day of school and my mom left the house in distress. I wasn't aware of the severity of the situation, but I knew something was wrong. I went to bed that night worrying and fearing the worst until I was woken up that night by my mom and she pulled me into my other sisters' room, she sat us down with a dazed look on her face, and we were both still tired, but she quickly woke us up when she told us the truth about B▇▇. When I heard the words that "your sister passed away" my heart dropped, and I didn't want to believe it, but I know when my mom is serious. It took me a few minutes to process those words, replaying over and over in my head, till I broke down in tears. I couldn't sleep that night. It took me days for me to get a good night's sleep without crying, my eyes were puffy and irritated almost every day. It took me a few weeks to go back to school, I dreaded every moment, having to wake up and not see her or hear her walk through the door like she always did. She would come to the kitchen to pat and kiss my head which always reassured me that she was there. Now she doesn't walk through the door because physically she's not here anymore and that's one of the most painful things I've had to deal with. The only things I have left of her are her blanket that I sleep with every night, a pendant that holds her ashes in it that I wear every day to school, and a few articles of her clothing. B▇▇ will never get to see me graduate, get married, have kids of my own, nor will I ever see her get married and have nieces and nephews from her. She always took care of me and I've always wanted to return the favor to her. Even when she didn't have to take care of my sister and I, she always did because I knew she loved us. She was like a second mom to me, I loved her more than anything, I loved being able to go home every day to see her and talk about my day while watching our favorite shows. She always tried to get me to get out of my room because I would be stuck in there for hours playing on my phone, there were days where she was successful and some days where she wasn't. I regret not doing what she said all the time, but I would've never imagined that I would end up losing my sister. My sister has never hurt a soul in her life, she was a beautiful and talented person to me. I still have videos of all the good times we had and using funny Snapchat filters on both of my sisters, me laughing to the point where I end up crying because it would be in my memories forever and now, I can't ever forget those days because they make me the happiest when we're a family together. We still have her paintings and when I look at them, I'm jealous of how artistic she was, her paintings could've been hung up in a museum by now. She never failed to amaze me in the slightest ways, I wish I could've asked her to paint a picture for me because I love how she painted whatever came to her mind. That's what I loved about my sister. However, when I looked at her for the last time, before she was cremated, I couldn't look at her the same. She didn't look like my sister because that's someone

I had never seen before, but it was her. I couldn't tell her goodbye like that because it was too painful for me to see her that way. When I watched my mom say her goodbyes and kiss her forehead for the last time, I couldn't bring myself to do that because it felt wrong to me. I wanted to, but I couldn't bring myself to do it nor could my other sister. I could only look at her from a distance. It broke my heart even more that day because she was lifeless and I hated that, I hated that she was taken away, I hated that she had bruises and marks on her face, knowing that there was nothing I could do in the end to bring her back. I always regret not being able to tell her every day to stay safe. I know I can't be selfish; I want her here more than anything, but I have to accept what has happened which is the hardest thing because she is my big sister. I just want to be with her right now with my other sister with my mom and grandpa so we can be a family again. The one big happy family we were before she passed away. All I can do is talk to a picture of her about anything that's on my mind in hope that she is listening to me and that she's proud of what I've accomplished. It hasn't been easy, and it'll never be easy, not for me or my family. We try to make the best of things, but it's hard because we always know that it'll never be the same because everything we used to do together, can never be the same since B▮▮▮ passed away. I'm hoping we get the justice we need for B▮▮▮, she never deserved this. She was a kindhearted soul to anybody she's ever come across. She'll never Rest in Peace unless we as a family know that this man who took my sister's life and took advantage of her will never be able to walk out of that cell where he belongs. I could never forgive him for making us suffer the way we suffered for the past soon to be three years. I have to suffer with the pain for the rest of my life, you took her life, and now I'm hoping the same happens to you. Your freedom gets taken away from you for the rest of your life and that this forever haunts you. Thank you for listening.

--

The Victims younger sister 2





## Victim Impact Statement

It is with a tremendous laden heart and spirit that I write this statement to the members of the court. February 26th, 2019 was the day I had my very last conversation with my sister. This day we both unknowingly said our "I love you" and "goodbyes" for the last time. That Tuesday night I asked my sister when we should be expecting her to come home and I anticipated her arrival Thursday, February 28th. Little did I know that morning when I woke up and went about my day at school that my sister had already passed that early morning and my family and I would not come to know until late that evening.

Not only is it a devastating thing to lose a beloved family member suddenly, but my sister passing the way she did was, and will continue to be the most heartbreaking thing to ever happen to my family and I. B▮▮▮ N▮▮▮ was a bright young soul, an individual who was eager to experience new things. Her creative aspirations kept her going and always inspired her to walk a path of light and love. She certainly left a mark on everyone she came across loving her friends and family immensely. All the aspects that made my sister who she was had been abruptly taken from her. She was abruptly taken from us.

The morning of February 28th my sister was led astray by a selfish individual. My sister should have lived a long life living her dreams and passing on old and naturally as life intended. She was taken advantage of by an evil individual. His intentions with my sister were purely selfish and the pain he placed on her loved ones is indescribable. This man chose to do what he had done. He had chosen to implement trauma upon my sister and deliberately chose to leave her

M▆▆▆

lifeless body until later that morning when authorities were notified only after the fact. This was hours after my sister had been taken advantage of and presumably hours after she suffocated on her vomit. This individual had little to no regard for the life he destroyed and snatched from the world.

A day never goes by where I don't think about my sister and what she could have accomplished by now. I am constantly reminded of the deliberate actions this individual inflicted on my sister. My family and I, unfortunately, have to comprehend the fact that my sister must have suffered her last few hours of life. She was young and full of life and should not have gone through what she did. She should have continued her life on this earth touching lives.

You took B▆▆▆ away from a mother, a grandpa, and her two sisters. You stole her future right out of her hands and stomped on it with no care. You took away her dreams and aspirations and ripped her away from us. The anger and pain you left our family with will continue as long as we continue to walk this earth. We can only pray that the justice system properly punishes you for your actions while you continue to live and breathe another day in this world. I know for a fact that in some way, shape, or form, you will pay your debts for unbalancing this world of a beautiful soul.

## Mommy's Victim Impact Statement

Your Honor, I would like to express the sorrow that I am experiencing over the loss of my daughter B█████ N███, as well as how I feel about the defendant's (Edwin Oliva's) actions, and how this horrible tragedy has changed me forever.

On February 28th, 2019, 20 short days after my baby's 25th birthday, you murdered my daughter B████. That day, our lives were turned completely upside down, we have been in a state of grief ever since. I want you to know what you have done to my family and I. I want you to understand the anger I feel towards you. I hope you suffer the rest of your life, the way my family and I will suffer, the rest of our lives, without B████.

It has been a daily struggle to live this life without my daughter. Our family chain is forever broken, I feel guilty living this life without my child, because of you, who felt my daughter's life meant nothing, but she meant the world to me. B████ was my first born, my first love, my first everything. Edwin, YOU took that from me, you robbed me of seeing my baby grow and become a mother, due to your monstrous actions. You have brought so much pain and suffering to my family and I! There is no amount of justice that would satisfy my grief. No parent should ever know the pain of losing a child. In my opinion Mr. Oliva, you should not be able to breathe the air my daughter can no longer breathe. I hope she haunts your every dream.

I cannot comprehend how monsters like you are living amongst us, and feel invisible, as if it were acceptable to cause harm to my baby, although I cannot prove it, I am sure that there have been others that you have hurt or brought harm to, you just happened to get caught this time. You felt it was ok to do what you did to my daughter. YOU willingly gave her something you knew could kill her; my question is why? What made you feel so empowered to hurt my B████? Once you realized what you did, you only thought of yourself, instead of calling 911 to save my baby. She may have been here today, had you tried to save her, but instead, you chose to save yourself! YOU, Mr. Oliva, will have to live with that for the rest of your miserable life.

This was all too easy for you to do. Instead of saving her life, you decided to do **horrific things with her, post-mortem**. Did that excite you? How did that make you feel? Your mom may be crying over not having you at home, but she can still get to see you, I will never see my girl, thanks to you. I wonder how she would feel if someone would have done to you, what you did to my B████? I wonder how you would feel if someone were to harm your daughter, in the manner you harmed mine? What you did may not

seem so bad to you, until you imagine it being done to your own family. I want you to ponder that thought... You better pray to God that your daughter never encounters a monster like you.

Now, any birthdays, graduations, holidays, and weddings are no longer the same, because our beloved B███ is missing. My baby girl was my world and now, because of you, she sits in my room, in an **urn**. I will never be able to hold her, hug her, talk to her, hear her voice, nor kiss her again. She loved perfume, I could always smell when she was nearby, now I spray a perfume bottle, while I close my eyes, and pretend that my baby is close by.

We will never have closure! I will have a sigh of relief upon your death, the second your life ends, I hope your soul is dragged straight to hell, where you belong! The devastation of losing B███ has taken a toll on me mentally, physically, and emotionally. Along with killing my daughter, you also murdered my will to live, to enjoy life. My smile is no longer the same, it is a daily struggle to carry-on without my baby girl. Most days, I feel like a zombie. Trying to continue on without my daughter, is extremely difficult, it is not fair to me or my family.

Most days, my loss wants to eat me alive, I am living a life sentence of sadness and grief, until the day I die. I live my life with one foot here and one foot in heaven, no parent should feel what I feel. Today, will not be the last chapter and we know that. B███ was my first born, first true love. Did you know that she was talented artist, whose self-portrait was displayed in our museum of art? There was so much more to B███ than you saw. She was my best friend, as she became a young adult, we had weekly mommy and daughter, date nights (every Thursday s). B███ would never hurt a soul; she didn't have enemies.

I know my daughter did not leave with you to score drugs, nor die that night. My daughter's down fall was that she was so trusting of people. Due to the fact that she was not someone who would ever think of hurting another person, she failed to realize that not everyone is like her, there is evil in this world and evil people who will hurt her, I am looking at the perfect example of that, sitting in this courtroom today.

Mr. Oliva, you had an agenda that night, I believe you planned to take advantage of my daughter, along with the help of her so-called "friend" T███. I know this was a set-up. I wish my daughter would have called me, instead of T███! I would have run to my daughter's rescue. I believe in my heart and soul that she would still be here today, if

T▓ would have called for HELP! Called 911! My daughter would still be alive, Instead, T▓ made the choice to roll over and go to sleep, without a care in the world, knowing what you did to my daughter. It did not ever cross her mind, to call for help. Mr. Oliva, you had a choice and decided to rape my daughter as she lies dead, covered in vomit. You used her lifeless body, as an object for your own evil perversion!

You could have saved B▓, instead you chose to watch my daughter die. I am asking the courts to give you a harsh sentence, so that you can never hurt another innocent, young woman, or any person, ever again and ruin their family's lives, as you did to mine You come from a family that condones the continued lifestyle of hurting others, by poisoning people with drugs, intimidation, weapons, gangs, etc. Edwin, you are a coward, you will always be a coward and you will die a coward. You made sure my daughter was not able to fight back, nor defend herself. Your drugged her, you knew exactly what you were going to do to my baby, you sick pig!

How twisted and demented can you be, to have to rape my dying daughter?!!! You seen her dying and that was the only thought you had towards her? I wish you nothing but a world of pain and misery. I hope you get that and more, daily in prison. I would have sold my soul to the Devil, if that is what it would have stopped you from hurting my B▓. I pray you never have a good night's sleep and that my daughter comes to you in your dreams to torment you, that you never have peace in this lifetime, due to your actions. Just like I am tormented every single day, thinking about what you did to my child, my baby, and the fact that you felt that her life did not matter.

You are a sick, pathetic monster, you took away my most precious title....Mom. A PART OF ME DIED THAT DAY! You murdered my family! B▓ did not deserve to DIE! It was not her time! SHE had dreams and goals! I will never see my daughter walk down the aisle in her wedding dress, get married, nor have my grandbabies. You robbed me of that. My family will never be the same, you ruined our lives forever. How dare you take her life, as if she meant nothing. The only thing that makes me feel some sense of peace is, if her life had to be taken, in order to stop you in your tracks, preventing you from ever hurting another innocent person, then at least I know that my daughter did not die in vain.

Because of you, the last photo I have of my daughter, is of me holding her pale, lifeless hand, when I went to identify her body, before she was cremated. I cannot and do not forgive you Edwin, for what you did to my daughter B███, you DO NOT deserve my forgiveness, nor forgiveness from my family.

You will get the life that you deserve, the life you chose for yourself. **How empowered do you feel now?**

I have nothing more to say, your Honor. Thank you for listening.

The victim's Mother

