# EXHIBIT 7

[A DVD]

[TO BE FILED MANUALLY UNDER SEAL]